UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61901-CIV-SMITH

JAMES DAR, LLC,

    Plaintiff,

v.

OJ COMMERCE, LLC, *et al.*,

    Defendants.

_____/

**ORDER SETTING CIVIL TRIAL DATE,
PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **November 21, 2022**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on November 15, 2022.** The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by — **December 3, 2021**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **December 10, 2021**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **February 11, 2022**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **March 11, 2022**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **April 1, 2022**

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — **April 22, 2022**

7. Fact discovery shall be completed by — **May 13, 2022**

8. Expert discovery shall be completed by — **May 13, 2022**

9. Mediation shall be completed by **May 20, 2022**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **June 3, 2022**

11. Deposition designations and counter designations shall be filed by **September 16, 2022**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **October 14, 2022**

    Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **October 14, 2022**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Valle for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of October, 2021.

*/s/ Rodney Smith*
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record