UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61901-CIV-SMITH

JAMES DAR, LLC,

    Plaintiff,

v.

OJ COMMERCE, LLC, *et al.*,

    Defendant.

_____/

**PLAINTIFF, JAMES DAR, LLC, NOTICE OF SERVING OFFER OF JUDGEMENT/ PROPOSAL FOR SETTLEMENT TO DEFENDANTS, OJ COMMERCE, LLC AND OJCOMMERCE.COM, INC., PURSUANT TO FED. R. CIV. P. 68 AND FLORIDA STATUTE §768.79**

    Pursuant to Fed. R. Civ. P. 68 and Florida Statute §768.79, Plaintiff, JAMES DAR, LLC, by and through undersigned counsel, hereby gives notice that it has this day served upon Defendants, OJ COMMERCE, LLC and OJCOMMERCE.COM, INC., a copy of its Offer of Judgment/Proposal for Settlement.

    This Offer of Judgment/Proposal for Settlement shall not be combined with or used in conjunction with any other Offer of Judgment/Proposal for Settlement filed or served.

Dated: November 4, 2021                      Respectfully submitted,

                                                          By: */s/ Donald J. Thomas*
                                                          Donald J. Thomas, Esq.
                                                          Florida Bar No. 834599
                                                          Georgia T. Garnecki, Esq.
                                                          Florida Bar No. 068807

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of November 2021, a true and correct copy was electronically filed and served via the Court's CM/ECF system.

By: /s/*Donald J. Thomas*
Donald J. Thomas, Esq.
Florida Bar No. 834599
Georgia T. Garnecki, Esq.
Florida Bar No. 0068807

CBR Law Group, LLLP
55 N.E. 5th Avenue, Suite 503
Boca Raton, FL 33432
Telephone: (561) 609-1515
Facsimile: (561) 368-0293
don@cbrlawgroup.com
georgia@cbrlawgroup.com
paralegal@cbrlawgroup.com