**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-61901-CIV-SMITH

JAMES DAR, LLC,
        Plaintiff,
-vs-

OJ COMMERCE, LLC, *et al.*,
        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO MODIFY THE SCHEDULING ORDER DATED OCTOBER 21, 2021**

This cause is before the Court on Plaintiff's and Defendants' Joint Motion to Modify the Scheduling Order Entered by the Court on October 21, 2021 [DE 57].  Upon consideration, it is

**ORDERED** that Plaintiff's and Defendants' Joint Motion to Modify the Scheduling Order Entered by the Court on October 21, 2021 [DE 57] is **GRANTED.**  The following deadlines shall apply:

| | | |
|---|---|---|
| 1. | Fact discovery | **August 12, 2022** |
| 2. | Expert discovery | **August 12, 2022** |
| 3. | Dispositive motions | **September 2, 2022** |
| 4. | Deposition designation and counter designation | **December 16, 2022** |
| 5. | All pretrial motions and memoranda of law | **January 13, 2023** |
| 6. | Joint pretrial stipulation, motions in limine, proposed joint jury instructions and proposed joint verdict form | **January 13, 2023** |
| 7. | Calendar Call | **February 21, 2023** |
| 8. | Two-week trial period | **February 27, 2023** |

Additionally, all parties, including the third-party defendants, shall partake in mediation by **August 26, 2022.** The parties shall file a Notice of Scheduling Mediation by **May 31, 2022.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of May, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record