# Affidavit of Process Server

United States District Court for the Southern District of Florida
(NAME OF COURT)

| James Dar, LLC | vs | OJ Commerce, LLC et. al. | 21-61901-CIV-SMITH |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Michele Kriner, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Lori Sengstock
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons and complaint

by leaving with _____ NAME _____ RELATIONSHIP

☒ Residence 7152 Angola Road   Holland OH 43528-9631   At
ADDRESS                        CITY / STATE

☐ Business _____
ADDRESS                        CITY / STATE

On 05/02/2022   AT 0955 hrs
DATE                TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) 04/30/2022 @ 1108 hrs  (2) 05/02/2022 @ 0955
DATE TIME   DATE TIME
(3) _____ (4) _____ (5) _____

**Description:** Age 50s  Sex F  Race W  Height 5ft6  Weight 160  Hair red  Beard no  Glasses no

Michele Kriner
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 3 day of May, 2022, by Notary.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

VICKIE BELKNAP
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lucas County
My Comm. Exp. 10/9/2024

Vickie Belknap
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Ohio

NAPPS   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS