**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-61901-CIV-SMITH

JAMES DAR, LLC,
    Plaintiff,

v.

OJ COMMERCE, LLC, *et al.*
    Defendants.

and

OJ COMMERCE, LLC and
OJCOMMERCE.COM, INC.
    Third Party Plaintiffs.

v.

BB&T CORPORATION,
SOPHIE G. KNOWLES,
JP MORGAN CHASE BANK, N.A.,
and LORI A. SENGSTOCK,
    Third Party Defendants.
_____/

**NOTICE OF DEPOSITION OF SOPHIE G. KNOWLES**

**PLEASE TAKE NOTICE THAT** the video deposition of the individual named below will be taken by the undersigned counsel via ZOOM video conference on the date and at the time designated below**:**

| **Deponent(s)** | **Date** | **Time** |
| --- | --- | --- |
| **Sophie G. Knowles** | **August 11, 2022** | **12:00 PM Eastern** |

1
Exhibit "A"

upon oral examination before YM LEGAL SERVICES, Notary Public, or any other Notary Public or other officer authorized by law to take depositions. The deposition will be recorded by stenographic means and by video. This deposition is being taken for the purpose of discovery, for use at trial, or such other purposes as are permitted under the rules of Court.

Dated: July 28, 2022

Respectfully Submitted,
Shlomo Y. Hecht, P.A.
4538 NW 85th Ave.
Coral Springs, FL 33065
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
*Attorney for Defendants OJ Commerce, LLC and OJCommerce.com, Inc.*

### CERTIFICATE OF TRANSMITTAL / SERVICE

I HEREBY certify that on July 28, 2022, I served this document upon all counsel of record via email.

/s/Shlomo Y. Hecht
Shlomo Y. Hecht