**Marshall Berner**

| | |
|---|---|
| **From:** | eservice |
| **Sent:** | Monday, August 1, 2022 11:27 AM |
| **To:** | Eric Lee; Sam Hecht; Ben |
| **Cc:** | Ben Weissman; Charles Brumby; Melissa Yanes; Jose Ortiz; Michelle Osorio; eservice; ktanji@yahoo.com; Mark E. Steiner; Patty Moncada; Aaron Davis; Selena Rojhani; Justin Carlin; Minerva Panico; Marshall Berner |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT - CASE NO.: 21-61901-CIV-SMITH/VALLE |
| **Attachments:** | RE: UPCOMING MEDIATION CASE NO 21-61901-CIV-SMITH/VALLE with Peter M. Weinstein, Esq. on 08/26/2022, Case: James Dar, LLC v. OJCommerce, LLC et al |

Hi,

This is the second email regarding our request to please include the following email addresses in your emails:

- Jcarlin@carlinfirm.com
- mberner@carlinfirm.com
- mpanico@carlinfirm.com

The eservice@carlinfirm.com is only to receive documents from the court.

Please note that our office is not available on August 11, the deposition of Sophie Knowles.  Please call the office to coordinate this deposition.

Thank you,
Minerva



**Minerva Panico | Carlin Law Firm**
Paralegal/Legal Assistant

Victoria Park Centre
1401 E. Broward Boulevard, Suite 101
Fort Lauderdale, Florida 33301
Tel.: 954.440.0901
mpanico@carlinfirm.com | www.carlinfirm.com

This document may contain privileged and/or confidential information.  If you are not the addressee, please immediately telephone the sender at (954) 440-0901 (collect, if long distance) and delete this document from your computer.  Do not print the document.  If you are not the addressee, printing, keeping, copying, or disseminating a copy of this document is strictly prohibited.

This law firm may be deemed a "debt collector" under the Fair Debt Collection Practices Act, 15

1

**Composite Exhibit "B"**

U.S.C. § 1692 *et seq.* (the "Act").  This communication is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

**From:** Eric Lee <Lee@leeamlaw.com>
**Sent:** Friday, July 29, 2022 9:31 AM
**To:** Sam Hecht <sam@hechtlawpa.com>; Ben <ben@davidchicolaw.com>
**Cc:** Ben Weissman <bnweissman@gmail.com>; Charles Brumby <cbrumby@homerbonner.com>; Melissa Yanes <myanes@homerbonner.com>; Jose Ortiz <jortiz@homerbonner.com>; Michelle Osorio <mosorio@homerbonner.com>; eservice <eservice@carlinfirm.com>; ktanji@yahoo.com; Mark E. Steiner <mes@lgplaw.com>; Patty Moncada <pm@lgplaw.com>; Aaron Davis <davis@valhallalegal.com>; Selena Rojhani <selena@rojhanilawgroup.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT - CASE NO.: 21-61901-CIV-SMITH/VALLE

Mr. Hecht:

After ignoring my efforts to coordinate your client's deposition, you unilaterally scheduled these depositions without conferring with anyone as to availability.  Why have you not conferred with counsel before scheduling these depositions?

I will determine if my client is available on the requested dates and will get back to you as soon as possible.

Very Truly Yours,

*[signature]*

**Eric Lee**
**B**oard Certified in Business Litigation
# Lee & Amtzis, P.L.
**Attorneys at Law**
**Suite 401**
**5550 Glades Road**
**Boca Raton, FL  33431**
**(561) 981-9988**

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR USE BY ONLY SPECIFIC INDIVIDUALS OR ENTITIES.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT.  PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT.  THANK YOU

---

**From:** Sam Hecht <sam@hechtlawpa.com>
**Sent:** Thursday, July 28, 2022 5:50 PM
**To:** Ben <ben@davidchicolaw.com>
**Cc:** Ben Weissman <bnweissman@gmail.com>; Charles Brumby <cbrumby@homerbonner.com>; Melissa Yanes <myanes@homerbonner.com>; Eric Lee <Lee@leeamlaw.com>; Asha Seepersad <aseepersad@leeamlaw.com>; Dianne Sokoloff <DSokoloff@leeamlaw.com>; leeamlaweservice@outlook.com; Ziva Allen <ZAllen@leeamlaw.com>; Jose Ortiz

<jortiz@homerbonner.com>; Michelle Osorio <mosorio@homerbonner.com>; eservice@carlinfirm.com; ktanji@yahoo.com; Mark E. Steiner <mes@lgplaw.com>; Patty Moncada <pm@lgplaw.com>; Aaron Davis <davis@valhallalegal.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT - CASE NO.: 21-61901-CIV-SMITH/VALLE

Counsel,

Your response is over the top.  We served the deposition notices today in compliance with S.D. Fla. LR 26.1(h) as the current discovery deadline is August 12.  As you know, we also moved today to modify the case deadlines; Defendants would be willing to postpone the third-party defendants' depositions if/when the motion to modify is granted.  In the meantime, Defendants are certainly willing to work with the parties to schedule the depositions for other dates/times.  Just provide what would work for you and your client(s).

Thank you,


Shlomo ("Sam") Hecht, Esq.

The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com

**Confidentiality Notice**

This email is intended only for the person addressed to, and may contain confidential information that is protected by the attorney-client privilege.  If you received this message by error, or if you are not the intended recipient, you must not disclosure or transmit this information to any person, notify our office immediately by emailing: sam@hechtlawpa.com or calling: (954) 861-0025, and delete this message immediately.


On Thu, Jul 28, 2022 at 5:36 PM Ben <ben@davidchicolaw.com> wrote:
> Good Afternoon:
>
> You have not coordinated this with me. Furthermore, you haven't even bothered to try to contact me to coordinate this. Either cancel this immediately or I will move for relief with the Federal Court, including sanctions. I would remind you:
>
> Section B(1) of the Guidelines for Professional Conduct from the Florida Bar highlights how unprofessional failing to communicate with opposing council before scheduling depositions is. As you are also aware, I am required by Bar regulations to report any and all unethical conduct, which includes acting in an unprofessional matter during discovery.
>
> I am sure this is just an oversight or miscommunication in your office and you must have intended to schedule this with opposing counsel first before scheduling.
>
> Best Regards,
> Benjamin Weissman | Attorney
> PH: 407-933-7703 | FX: 407-933-7713
> 607 Celebration Ave. | Celebration, FL 34747
>
> 

On Jul 28, 2022, at 5:20 PM, Sam Hecht <sam@hechtlawpa.com> wrote:

Dear counsel,

Please see below the documents being served.

| | |
|---|---|
| **Court in which proceeding is pending:** | UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF FLORIDA |
| **Case Number:** | 21-61901-CIV-SMITH/VALLE |
| **Name of party (Plaintiff):** | JAMES DAR, LLC |
| **Name of party (Defendant):** | OJ COMMERCE, LLC,<br>OJCOMMERCE.COM, INC.<br>BB&T CORPORATION,<br>SOPHIE G. KNOWLES,<br>JP MORGAN CHASE BANK, N.A.,<br>and LORI A. SENGSTOCK |
| **Title of each document served:** | Amended Notice of Deposition - 30(b)(6) - James Dar LLC.pdf<br>Notice of Deposition - 30(b)(6) - Chase.pdf<br>Notice of Deposition - 30(b)(6) - Truist - BB&T.pdf<br>Notice of Deposition of Sophie Knowles.pdf<br>Notice of Deposition of Lori Sengstock.pdf |
| **Sender's Name & Telephone Number:** | Shlomo ("Sam") Hecht, Esq.<br><br>954-861-0025 |

Sincerely,


Shlomo ("Sam") Hecht, Esq.

The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com

**Confidentiality Notice**
This email is intended only for the person addressed to, and may contain confidential information that is protected by the attorney-client privilege. If you received this message by error, or if you are not the intended recipient, you must not disclosure or transmit this information to any person, notify our office immediately by emailing: sam@hechtlawpa.com or calling: (954) 861-0025, and delete this message immediately.
<Notice of Deposition of Lori Sengstock.pdf><Notice of Deposition - 30(b)(6) - Chase.pdf><Amended Notice of Deposition - 30(b)(6) - James Dar LLC.pdf><Notice of Deposition of Sophie Knowles.pdf><Notice of Deposition - 30(b)(6) - Truist - BB&T.pdf>

# Marshall Berner

| | |
|---|---|
| **From:** | Sam Hecht <sam@hechtlawpa.com> |
| **Sent:** | Tuesday, August 9, 2022 1:00 PM |
| **To:** | Marshall Berner |
| **Cc:** | Justin Carlin |
| **Subject:** | Re: James Dar, LLC v. OJ Commerce, LLC, et al. Case No.:. 21-61901-CIV-SMITH - Knowles Deposition |

Dear Marshall Berner,

As you are aware, the current discovery cutoff date is August 12, 2022.  We already asked the court for an extension and it was denied.  Thus, we have no option to move it beyond that date.  However, if you wish to file for another motion for an extension, we will not oppose it, and if granted, we can reschedule the deposition for a later date.

As for your motion to dismiss, as you are aware, every single party in this litigation,  including OJ Commerce,  has a motion to dismiss pending for months, yet the court ordered discovery to proceed regardless, refused to stay or limit discovery, and refused to grant an extension.  I see no reason why the Defendant Knowles should receive any preferential treatment in that matter.

Sincerely,
Shlomo ("Sam") Hecht, Esq.

The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com

**Confidentiality Notice**
This email is intended only for the person addressed to, and may contain confidential information that is protected by the attorney-client privilege.  If you received this message by error, or if you are not the intended recipient, you must not disclosure or transmit this information to any person, notify our office immediately by emailing: sam@hechtlawpa.com or calling: (954) 861-0025, and delete this message immediately.

On Tue, Aug 9, 2022 at 10:52 AM Marshall Berner <mberner@carlinfirm.com> wrote:

> Mr. Hecht,
>
> It appears the Court granted Third-Party Defendant, Chase Banks's, Motion for Protective Order as to the August 11, 2022, deposition of Chase with the deposition to now occur within 30 days of the date of the Order. Will you agree to move the deposition of Sophie Knowles to a coordinated future date in light of the recent ruling? Please let us know as soon as you can.
>
> Thank you,

1

Marshall Berner



**Marshall R. Berner, Esq. | Carlin Law Firm**

Senior Associate Attorney

One Urban Centre at Westshore

4830 W. Kennedy Boulevard, Suite 600

Tampa, Florida 33609

Tel.: 813.510.5800

mberner@carlinfirm.com | www.carlinfirm.com

This document may contain privileged and/or confidential information.  If you are not the addressee, please immediately telephone the sender at (813) 510-5800 (collect, if long distance) and delete this document from your computer.  Do not print the document.  If you are not the addressee, printing, keeping, copying, or disseminating a copy of this document is strictly prohibited.

This law firm may be deemed a "debt collector" under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "Act").  This communication is an attempt to collect a debt, and any information obtained will be used for that purpose.

**From:** Marshall Berner
**Sent:** Monday, August 8, 2022 10:17 PM
**To:** Sam Hecht <sam@hechtlawpa.com>
**Cc:** Justin Carlin <jcarlin@carlinfirm.com>
**Subject:** James Dar, LLC v. OJ Commerce, LLC, et al. Case No.:. 21-61901-CIV-SMITH - Knowles Deposition

Mr. Hecht,

It was recently brought to our attention that the scheduling of the deposition of our client, Ms. Sophie Knowles, scheduled for this Thursday, August 11, 2022, was not coordinated with this firm. Our assistant informed you on August 1, 2022, that Mr. Carlin, lead counsel on this matter, is not available on that date, as he will be out of the office attending an evidentiary hearing that morning and on a pre-planned vacation in the afternoon through the weekend.  Thus, the deposition must be coordinated and moved to a future date on which Mr. Carlin is available.

Additionally, we have a pending motion to dismiss that has not yet been adjudicated by the court. We intend to move to stay discovery or for a protective order pending the Court's ruling on the motion to dismiss for lack of personal jurisdiction. Will you agree to a stay or, in the alternative, limiting discovery to personal jurisdictional issues pending the outcome of the motion to dismiss? We look forward to your response.


Thank you,


Marshall Berner




**Marshall R. Berner, Esq. | Carlin Law Firm**

Senior Associate Attorney

One Urban Centre at Westshore

4830 W. Kennedy Boulevard, Suite 600

Tampa, Florida 33609

Tel.: 813.510.5800

mberner@carlinfirm.com | www.carlinfirm.com

This document may contain privileged and/or confidential information.  If you are not the addressee, please immediately telephone the sender at (813) 510-5800 (collect, if long distance) and delete this document from your computer.  Do not print the document.  If you are not the addressee, printing, keeping, copying, or disseminating a copy of this document is strictly prohibited.

This law firm may be deemed a "debt collector" under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "Act").  This communication is an attempt to collect a debt, and any information obtained will be used for that purpose.