UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61901-CIV-SMITH/VALLE

James Dar, LLC,

Plaintiff,

v.

OJCommerce.com, Inc. and OJCommerce, LLC,

Defendants.

and

OJCommerce.com, Inc. and OJCommerce, LLC,

Third Party Plaintiffs,

v.

BB&T Corporation, Sophie G. Knowles,
JP Morgan Chase Bank, N.A. and
Lori A. Sengstock,

Third Party Defendants.

_______________________________________/

**DECLARATION OF JAMES DARDASHTI**

James Dardashti deposes and states:

1. I am an individual over the age of 18 and I make this Declaration based upon personal knowledge of the facts stated herein.

2. I am the Managing Member of Plaintiff James Dar, LLC ("JamesDar").

3. JamesDar is a manufacturer, retailer and wholesaler of household items and furniture. Plaintiff sells mostly to large corporations such as Home Depot, Target and Walmart.

4. JamesDar and Defendant OJCommerce, LLC ("OJC") entered into a written E-Commerce Vendor Agreement ("Vendor Agreement").[1]

5. Pursuant to the Vendor Agreement, throughout the year 2020, OJC submitted purchase orders ("POs") to JamesDar and JamesDar fulfilled the purchase orders.

6. Once a purchase was satisfied, OJC's online portal system would generate automatic reports.

7. From these reports and pursuant to Paragraph 1.7 *et seq.* of the Vendor Agreement, JamesDar would generate and issue invoices for each satisfied purchase order.

8. The invoices include all relevant information including the items shipped; date of shipment; invoice number; invoice date; purchase order number; and the total amount due to JamesDar.

9. The purchase order and invoice numbers correspond to one another, i.e. they are the same number for each transaction or set of transactions.

10. By June 2020, OJC had not paid for most of what it had ordered since the start of the year.

11. At the end of June 2020, JamesDar sent emails to OJC warning that OJC's account would be placed on hold until payments are made.

12. OJC agreed to make a large payment to JamesDar by credit card which was very unusual for JamesDar.

13. After being paid by credit card, JamesDar requested that payments going forward be by ACH (direct payments) to pay for outstanding invoices and future invoices.

14. JamesDar has *only* had accounts at Wells Fargo Bank and has never provided either Defendant or anyone else for that matter, with any other bank information.

---

[1] Attached to the Statement of Undisputed Facts as Exhibit 2 is the Vendor Agreement.

15. JamesDar communicated, by email and phone with OJC, on numerous occasions, about unreceived payments and outstanding invoices.

16. The BB&T account was not JamesDar's account.

17. The Chase account was not JamesDar's account.

**I DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT I HAVE READ THE FOREGOING AND THE FACTS STATED THEREIN ARE TRUE AND CORRECT.**

Dated this 13th day of September, 2022

James Dardashti