ojcommerce

# E-COMMERCE VENDOR AGREEMENT

This E-Commerce Vendor Agreement ("Agreement") is made on 1/7/2020 (Effective Date) by and between JAMES DAR, LLC. (hereinafter "Vendor") a LLC company with its principal place of business at (a 9461 CHARLEVILLE BLVD., B.H., CA 90212 and OJCommerce, LLC (hereinafter "Seller and Customer"), a Florida Limited Liability Company with its principal place of business at 3076 N. Commerce Parkway, Miramar, FL 33025. (#393)

WHEREAS, the parties desire to enter into this Agreement to set forth the obligations and responsibilities of each in connection with their contractual relationship.

---

1 **RESPONSIBLITIES:** Upon the completion and return of the E-Commerce Vendor Agreement, the Vendor shall provide the necessary product information to the Customer as to best promote Vendor's products. The Vendor shall provide the following:

1.1 **Photos:** Clear photos of products shall be provided in accordance with Seller's image standards, which are based on industry standards.

1.2 **Product Information:** Vendor shall provide information for each product including, style, construction, material finish, color, dimension, and any feature and benefits of product that may be included in the Vendor's marketing materials. Any customer service related question regarding products will be answered within two (2) business days of receipt of inquiry. Vendor agrees to clearly define distressed finishes in the product features and/or description.

1.3 **Parts:** Parts shall be provided, as necessary, to consumers that have received damaged shipments due to improper packaging, defective, or incomplete items at no charge. Parts will be sent under Vendors account number via Standard Ground, unless otherwise specified by customer. If customer specifies a different type of delivery service, the customer will be responsible for all freight charges. OJ Commerce expects most parts to ship within 1 to 2 business days to End Consumer or unless otherwise specified by Vendor and agreed to by OJ Commerce, LLC on a case by case basis.

1.4 **Returns**

1.4.1 **Buyer's Remorse Returns:** Vendor agrees to process all Buyer's Remorse Returns on behalf of the Seller to their facility. End consumer will request return authorization (RA) within 30 days of shipment. The Vendor will be notified of the buyer remorse return request via OJ Commerce support ticket. Vendor shall provide the RA and return address into OJ Commerce support ticket web portal within 1 business day. Seller will subsequently provide the End Consumer the RA and return address. End consumer will have additional 10 days to ship and deliver to the Vendor the Buyer's Remorse Return to the return address provided with RA on the carton. Seller requests return tracking information from the End Consumer and provides the return tracking information to the Vendor via the OJ Commerce portal. If the End Consumer fails to return Buyer Remorse item to Vendor within 45 days of shipment, Vendor will refuse delivery and shipment is the property of the End Consumer and the shipment will be returned to End Consumer at the End Consumer's expense. The End Consumer is responsible for the return freight charges by appropriate carrier of equal or better service level of initial shipment to the End Consumer. Vendor shall not assess a

restocking fee on Buyer's Remorse Returns unless otherwise agreed upon in writing by Vendor and Customer. Any Lost and Recovered Shipment that is no longer desired, could not be delivered as addressed or labeled and End Consumer no longer desires shipment, the shipment will be returned by the carrier to the Vendor and are resolved as buyer remorse returns with the purchase order number. A Refused Return is resolved as a Buyer's Remorse Return except when noted as damaged and Seller is notified by the End Consumer prior to the Return.

1.4.2 **Damage/Defective Returns**: A Damage Return is the responsibility of the Vendor if the item: (i) ships via the Vendor's Carrier, or (ii) ships via the Seller's Carrier in packaging that is not certified by FedEx or UPS as sufficient. The Seller is not responsible for resolving Carrier claims when products are shipped via the Vendor's Carrier. The Vendor is not responsible for resolving Carrier claims when products are shipped via the Seller's Carrier. A Damage Return due to insufficient packaging by the Vendor is considered a Defective Return. A Defective Return is the responsibility of the Vendor. The decision to donate, issuing a carrier call tag for pickup, return label to return ship, sending parts or a full replacement, Warranty claims, field destroying the defective product is the responsibility of the Vendor. Notification for resolution is from the Vendor via the Seller's web portal support ticket interface.

1.4.3 **Damage/Defective Allowances**: In event Vendor does not agree to 1.4.2, Customer shall deduct the agreed 10% from each invoice upon payment. Buyer's remorse and Mis-shipped Product are the responsibility of the Vendor and not applicable to this allowance. A quarterly review of allowances and remorse/damaged/defective product rates will determine if the allowance(s) should be adjusted to actual rate experienced.

1.5 **Cancels**: Vendor shall approve order cancellations for any orders that are not capable of shipping within 24 hours of the cancel request. Vendor shall accept/approve cancellations in the OJCommerce PO Web Portal. Vendor will respond within 4 business hours (0.5 business days) of the cancellation notice into the OJCommerce PO Web Portal. OJCommerce Purchase Orders that are notified cannot be cancelled in the OJCommerce PO Web Portal and that are shipped with tracking information within the 24-hour period of the cancel request are considered shipped by both the Vendor and the Seller. If the shipped order is refused at delivery by End Consumer and carrier returns the shipment to the Vendor facility the shipment is considered and processed as buyer remorse using OJCommerce PO # as RA pursuant to the terms in section 1.4.

1.6 **Confirmed Cancels and Shipped**: Vendor confirms cancellation of order by OJCommerce Web Portal or via email. Vendor accepts returns for cancelled orders that were shipped in error and not stopped by Vendor, and Vendor pays for the freight charges, intercept fees and any return freight charges for shipping the cancelled order pursuant to the terms in section 1.4.

1.7 **Invoicing and Payments:** Vendor shall generate a consolidated invoice for all services, including any applicable shipping and administrative fees. One complete copy of the invoice with a statement of activity for the prior period will be submitted either: (i) via email weekly or monthly to OJCommerce LLC's corporate office to accounting@ojcommerce.com; or (ii) via prearranged electronic transmission (EDI, FTP, etc.). OJCommerce is paperless and no

mailed invoice correspondence will be processed when mailed to the corporate office. All invoices must include, at a minimum, the following information: (i) Name and address of Vendor; (ii) Invoice number; (iii) OJCommerce Purchase Order Number; (v) Date; and (vi) Dollar amount due. OJCommerce agrees to provide remittance detailing the invoices to be paid for the week or month. OJCommerce agrees to pay Vendor for Services rendered in the amounts set forth after the receipt of a correct invoice from Vendor. OJCommerce will pay all undisputed invoice amounts within 30 days of invoice date.

1.7.1 Any disputed invoice amounts will be documented in writing and forwarded to Vendor within 30 days of invoice receipt. Within 30 days of Vendor's receipt of documentation of disputed amounts, Vendor will have responded to OJCommerce's claim. Upon resolution of disputed items in favor of Vendor, payment will be remitted within 10 days. If the resolution of disputed items is in favor of OJCommerce and not contested, no further action is required.

1.7.2 OJCommerce will not pay for any services that are invoiced greater than 90 days following the date services are actually performed.

1.7.3 OJCommerce will only be liable for payment of the dollar amount transmitted on the PO if the PO is shipped by Vendor. In the event Vendor believes the dollar amount on the PO is incorrect, Vendor must request and receive approval in writing from OJCommerce to ship and invoice the order at a greater amount before shipping the PO.

1.7.4 Vendor is prohibited from invoicing OJCommerce for any taxes, fees, surcharges or other charges including, but not limited to, taxes, drop ship fees, handling charges, packaging fees and any other order or item based fees in excess of the cost transmitted on the PO.

2 **ADDITIONAL INSURED:** By signing this agreement Vendor is required to name OJCommerce, LLC as an additional insured party to Vendor's general liability insurance policy for the sum of at least $1MIL for all products sold to OJCommerce, LLC and its customers. To the fullest extent permitted by law, Vendor shall and hereby indemnifies and holds harmless, OJCommerce, LLC and its affiliates, agents and employees against all claims, damages, losses and expenses, including but not limited to, attorney's fees, arising out of or resulting from the performance of Vendor's work under this agreement, whether caused in whole or in part by a negligent act or omission of Vendor's, or anyone directly or indirectly employed by Vendor, Vendor shall be liable, regardless of whether it is caused in part by a party indemnified here. In the event Vendor fails to provide a valid certificate of insurance to Customer, Vendor shall be liable for the same.

3 **ACCOUNT SUPPORT:** Vendor will provide call center customer support during regular business hours Monday through Friday. This support center will be used to check order status, and work through exception issues on a case by case incident "Support Ticket". All issues will be documented and communicated via OJCommerce Support Ticket web portal. Any customer service related incidents will be responded to within 4 business hours (0.5 business days) and resolved within 2 business days from the time the Customer notifies the call center of the issue.

4 **ADDITIONAL VENDOR DISCOUNTS:** From time to time the Vendor may offer Customer an additional allowance to promote their product(s). The Vendor requires that the Customer will post and promote their product on the Customer's websites and partner distribution channel, as designated for an agreed upon length of time. In accordance with this, the Vendor reserves the right to verify the said promotion before order processing begins.

ojcommerce

5 NOTICE: Any notice or communication permitted by this Agreement shall be deemed effective when personally delivered or deposited, postage prepaid by mail to the appropriate party at the address set forth below:

If to Customer:
OJCommerce, LLC
3076 N. Commerce Pkwy
Miramar, FL 33025

If to Vendor:
Name: JAMES DAZ, LLC.
Address: 9461 CHARLEVILLE BLVD., #595
City, ST Zip: BEVERLY HILLS, CA 90212

6 TERM & TERMINATION: Vendor must provide one hundred eighty (180) days notice to terminate this agreement. This agreement will automatically renew each year unless terminated in accord with stated notification requirement. Upon termination of this agreement, the parties shall remain liable for fulfilling the obligations contained herein pertaining to the fulfillment, payment and servicing of returns, warranties and other claims of open and previously fulfilled orders.

7 ADDITIONAL TERMS

7.1 **Confidentiality of Information.** The receiving party agrees to keep confidential and not to disclose to third parties any information provided by the disclosing party pursuant to or learned by the receiving party during the course of the Agreement unless the receiving party has received the prior written consent of the disclosing party to make such disclosure. This provision shall survive expiration and termination of the Agreement. This obligation of confidentiality does not extend to any information that: 1) Was in the possession of the receiving party at the time of disclosure by the disclosing party, directly or indirectly; 2) Is or shall become, through no fault of the receiving party, available to the general public; or 3) Is independently developed and hereafter supplied to the receiving party by a third party without restriction or disclosure. This provision shall survive the termination of the Vendor Agreement for any reason.

7.2 **Assignment.** A party shall not assign or delegate its rights and obligations under this Agreement or any part hereof without the prior written consent of the other party.

7.3 **Conflicts.** Vendor represents that no trustee, officer, employee or any other person affiliated with OJCommerce, LLC and having involvement with this Vendor Agreement (1) is affiliated with the Vendor, and (2) received, was promised, or will receive anything of value in connection with this Vendor Agreement or performance contemplated hereunder.

7.4 **Governing Laws/Venue.** All disputes regarding the construction, interpretation and the parties' obligations under this Vendor Agreement shall be governed by the laws of the State of Florida, notwithstanding any of that state's laws to the contrary. The venue and jurisdiction for the resolution of any such disputes shall be exclusively in the State or Federal courts located in the State of Florida, Broward County.

7.5 **Limitation of Liability.** Notwithstanding anything contained herein, nothing in this Vendor Agreement shall limit the liability of the Vendor.

7.6 **Non-waiver.** Either party's failure to insist upon the performance of any term of this Agreement shall not be construed as a waiver of that party's present or future right to such performance and each Party's obligations in respect thereto shall continue in full force and effect.

ojcommerce

7.7 **No Authority.** Neither party shall have authority to take any action, create any obligation, make any commitment, incur any indebtedness, or enter into any agreement that binds the other party. Neither party shall in connection with any services provided to or on behalf of the other party represent to any person or entity that the parties are associated in any capacity other than that of an independent contractor.

7.8 **Performance with Laws/Policies.** Vendor and Seller warrant that they will comply with all federal, state and local laws applicable to their performance hereunder, including but not limited to those relating to nondiscrimination, equal employment opportunity, and affirmative action. Vendor agrees to comply with communicated OJCommerce, LLC policies

7.9 **Severability.** The terms of this Vendor Agreement are severable such that if any term or provision is declared by a court of competent jurisdiction to be illegal, void, or unenforceable, the remainder of the provisions shall continue to be valid and enforceable.

7.10 This agreement shall be governed by the Terms of Service and use policy listed above: https://portal.ojcommerce/vendors/agreements

8 **ENTIRE AGREEMENT**: This Agreement, including Amendments, constitutes the entire agreement between the parties with respect to the subject matter hereof, and supersedes any and all prior or contemporaneous agreements, understandings, negotiations, representations, applications or proposals or any kind, whether written, oral or otherwise. Neither party has relied upon any statements, representations or other communications that are not contained in this Agreement. Vendor, by executing and delivering this Agreement to Customer, represents and warrants to Customer that this Agreement has not been altered or modified in any manner whatsoever from the version that Customer delivered to Vendor for execution. All changes to this Vendor Agreement must be in writing and signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this E-Commerce Vendor Agreement by their duly authorized representatives as of the day and year first written above.

| **Vendor** | **Customer** |
|---|---|
| JAMES DAR, LLC. | OJCommerce, LLC |
| Company | Company |
| [signature] | |
| Signature | Signature |
| JAMES DARDASHTI | Jacob Weiss |
| Print Name | Print Name |
| MANAGING DIRECTOR | President |
| Title | Title |
| 1/7/2020 | |
| Date | Date |

# E-COMMERCE VENDOR AGREEMENT
# OJ COMMERCE AND Jamesdar
# AMENDMENT #1

This Agreement is Amended as follows:

- Section 1.4.3: Damage/Defective Allowance: In event Vendor does not agree to 1.4.2, Customer shall deduct the agreed 4% from each invoice upon payment. Mis-shipped Product, and Parts are the responsibility of the Vendor and not applicable to this allowance.
- Section 1.4.1 Buyer's Remorse: Customer shall deduct the agreed 3% from each invoice upon payment.

- Section 6: Term & Termination: Vendor must provide ninety days (90) days notice to terminate this agreement. This agreement will automatically renew each year unless terminated in accord with stated notification requirement. Upon termination of disagreement, the parties shall remain liable for fulfilling the obligations contained herein pertaining to the fulfillment, payment and servicing of returns, warranties and other claims of open and previously fulfilled orders.

***All else remains the same***

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to the E-Commerce Vendor Agreement by their duly authorized representatives.

| Vendor | Customer |
| --- | --- |
| JAMES DAR, LLC. | OJ Commerce, LLC |
| Company | Company |
| [signature] | |
| Signature | Signature |
| JAMES DARDASHTI | Jacob Weiss |
| Print Name | Print Name |
| MANAGING DIRECTOR | President |
| Title | Title |
| 1/7/2020 | |
| Date | Date |