UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61901-CIV-SMITH/VALLE

James Dar, LLC,

Plaintiff,

v.

OJCommerce.com, Inc. and OJCommerce, LLC,

Defendants.

and

OJCommerce.com, Inc. and OJCommerce, LLC,

Third Party Plaintiffs,

v.

BB&T Corporation, Sophie G. Knowles,
JP Morgan Chase Bank, N.A. and
Lori A. Sengstock,

Third Party Defendants.

_______________________________________/

**DECLARATION OF MANNY SANTANA**

Manny Santana deposes and states:

1. I am an individual over the age of 18 and I make this Declaration based upon personal knowledge of the facts stated herein.

2. I have been employed by Plaintiff James Dar, LLC ("JamesDar") since February 2018.

3. I was in charge of the accounting department for JamesDar beginning in November 2019 and am still in charge of JamesDar's accounting department.

4. After the parties entered into the Vendor Agreement, Defendant OJCommerce, LLC ("OJC") ordered product from JamesDar and issued purchase orders.

5. JamesDar fulfilled the orders and issued invoices.

6. OJC then reviewed the invoices and sent emails entitled "OJ Commerce Remittance – Jamesdar." The first email was sent on February 28, 2020. (Ex. 4).[1]

7. Over the next four months, we received these emails, but did not receive payment for the outstanding invoices.

8. During this time period, I contacted OJC to determine the status of payment.

9. As a result of the failure to pay invoices, the orders placed by OJC were put on hold. On June 29, 2020, OJC requested information as to the orders and on June 30, 2020, OJC was advised that the account was past due on payments. (Ex. 5).[2]

10. On June 30, 2020, at 12:36 p.m., Doreal Wilkinson ("Wilkinson"), a senior buyer at OJC, emailed JamesDar and copied me advising that remittance notices were being sent to us. (Ex. 5).

11. On June 30, 2020, at 1:29 p.m., Wilkinson emailed me, as the head of accounting at JamesDar, stating that OJC's "ACH form isn't importing data so please send us your banking info. To ensure confidentially, provide details to accounting@ojcommerce.com and reply back once submitted. I'll then confirm the information has been updated in our system." (Ex. 6).[3]

12. On June 30, 2020, at 3:05 p.m., Wilkinson sent an email to JamesDar, copying me, confirming that I had spoken with Wilkinson and provided payment information for the past due balance. She also requested confirmation that the inventory feed be reinstated and that the order hold be released. (Ex. 5).

---

[1] Attached to the Statement of Undisputed Facts as Exhibit 4 is the February 28, 2020 email.

[2] Attached to the Statement of Undisputed Facts as Exhibit 5 is the June 2020 email chain.

[3] Attached to the Statement of Undisputed Facts as Exhibit 6 is the email chain with the June 30, 2020 email.

13. On July 1, 2020, at 2:05 p.m. Wilkinson received an email from me with JamesDar's Wells Fargo bank account information. (Ex. 6).

14. On July 1, 2020 at 2:12 p.m., Wilkinson forwarded an email to Simon Hecht ("Hecht") of OJC, purportedly forwarding an email from me with banking information for a BB&T Bank account. (Ex. 7).[4]

15. JamesDar has *only* had accounts at Wells Fargo Bank and has never provided either Defendant or anyone else for that matter, with any other bank information.

16. The BB&T Bank account information was not sent by me.

17. On July 1, 2020, at 3:56 p.m. (Pacific Time), after Wilkinson sent the email with the BB&T information to Hecht, Wilkinson sent an email to me confirming that the Wells Fargo information was received and "[t]he banking information from Jamesdar has been updated and the next payment will be remitted via ACH." (Ex. 6).

18. After the Wells Fargo information was sent and confirmed by OJC, OJC continued to send the "OJ Commerce Remittance – Jamesdar" emails with information pertaining to orders approved with invoice numbers.

19. However, as had occurred with the prior remittance emails, JamesDar did not receive payments when these emails were sent.

20. I communicated, by email and phone with OJC, on numerous occasions, about unreceived payments and outstanding invoices.

21. In September, JamesDar, having again not received payments for invoices, contacted OJC to determine the status of payment.

[4] Attached to the Statement of Undisputed Facts as Exhibit 7 is the July 1, 2020 email chain.

22. On September 15, 2020, after a conversation with Hecht, I expressed concern that we were not receiving ACH deposits into our account and confirmed that we received the remittance emails but no deposits followed. (Ex. 8).[5]

23. On September 16, 2020, Wilkinson indicated that the accounting team would send a report. (Ex. 9).[6]

24. On September 16, 2020, Hecht provided information as to ACH payments and indicated that they were sent to a certain bank routing and account number. (Ex. 10).[7]

25. The bank account and routing number are not for a Wells Fargo account and are not for a JamesDar account.

26. On September 22, 2020, at 10:34 a.m., Wilkinson claimed that OJC was provided with BB&T banking information. (Ex. 11)[8]

27. On September 23, 2020, I again sent the Wells Fargo bank information and requested that the records be updated. (Ex. 12).[9]

28. On September 23, 2020, Hecht confirmed that the information was updated to the Wells Fargo bank account. (Ex. 12).

29. OJC then made two payments to JamesDar's Wells Fargo account on September 25, 2020 and October 2, 2020. (Ex. 13).[10]

---

[5] Attached to the Statement of Undisputed Facts as Exhibit 8 is the September 15, 2020, 11:45 a.m. email.

[6] Attached to the Statement of Undisputed Facts as Exhibit 9 is the September 16, 2020 10:42 a.m. email chain.

[7] Attached to the Statement of Undisputed Facts as Exhibit 10 is the September 16, 2020 2:32 p.m. email chain.

[8] Attached to the Statement of Undisputed Facts as Exhibit 11 is the September 22, 2020 email chain.

[9] Attached to the Statement of Undisputed Facts as Exhibit 12 is the September 23, 2020 email exchange.

[10] Attached to the Statement of Undisputed Facts as Exhibit 13 is the OJC payment spreadsheet.

30. On October 9, 2020, Hecht sent an email to me indicating that an ACH payment of $3,807.50 was returned back. (Ex. 14).[11]

31. In response, I asked that they update the records with information. (Ex. 14).

32. I then asked that they confirm the updated payment information on October 14, 2020 at 12:17 p.m. (Ex. 14).

33. On October 14, 2020 at 1:12 p.m., Hecht confirmed that the information was uploaded. (Ex. 14).

34. However, on October 12, 2020 at 1:36 p.m., Hecht purportedly received an email from my email address with information for a Chase Bank account. (Ex. 15).[12]

35. The October 12, 2020 email (Ex. 15) with the Chase Bank information was not sent by me.

36. On October 27, 2020, having again not received payments, I inquired as to the status of payments from OJC. (Ex. 16).[13]

37. On November 17, 2020, I again inquired as to payment because we again had received remittance reports, but had not received payment. (Ex. 17).[14]

38. On November 19, 2020, Wilkinson confirmed receipt of the email, indicated that they were in contact with the bank, and indicated that they would have the issues fixed ASAP. (Ex. 18).[15]

---

[11] Attached to the Statement of Undisputed Facts as Exhibit 14 are the September 19, 2020 through October 14, 2020 emails.

[12] Attached to the Statement of Undisputed Facts as Exhibit 15 is the October 12, 2020 1:36 p.m. email.

[13] Attached to the Statement of Undisputed Facts as Exhibit 16 is the October 17, 2020 email.

[14] Attached to the Statement of Undisputed Facts as Exhibit 17 is the November 17, 2020 email.

[15] Attached to the Statement of Undisputed Facts as Exhibit 18 is the November 19, 2020 email.

39. On November 24, 2020, Wilkinson sent an email to me indicating that: "everything is sorted out now. . ." (Ex. 19).[16]

40. On December 1, 2020, having still not received payments, I sent an email to OJC indicating that they had not received payments and that there was an outstanding balance. (Ex. 19).

41. On December 2, 2020, Wilkinson responded indicating that ACH payments go out automatically "but lately our payment keep bouncing back." (Ex. 19).

42. On December 3, 2020, Wilkinson forwarded the October 12, 2020 email with the purported Chase bank information. (Ex. 20).[17]

43. I contacted Wilkinson to advise that I had never sent information for payment to Chase.

44. On December 3, 2020, at 5:13 p.m., Wilkinson then sent an email claiming that the IT manager pulled data indicating that the update to Chase banking allegedly came from JamesDar. (Ex. 21).[18]

45. A review of my emails demonstrated that I did not send the October 12, 2020 email with the Chase information.

46. After being contacted at the beginning of December, OJC again processed payments to JamesDar's Wells Fargo account. (Ex. 13).

47. The invoices which were paid by OJC to the BBT account have not been paid to JamesDar. (Ex. 13).

---

[16] Attached to the Statement of Undisputed Facts as Exhibit 19 are the November 10, 2020 through December 3, 2020 emails.

[17] Attached to the Statement of Undisputed Facts as Exhibit 20 is the December 3, 2020 email.

[18] Attached to the Statement of Undisputed Facts as Exhibit 21 is the December 3, 2020 5:13 p.m. email.

48. The invoices which were paid by OJC to the Chase account have not been paid to JamesDar. (Ex. 13).

**I DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT I HAVE READ THE FOREGOING AND THE FACTS STATED THEREIN ARE TRUE AND CORRECT.**

Dated this 13th day of September, 2022

Manny Santana