**From:** DoNotReply <DoNotReply@ojcommerce.com>
**Sent:** Friday, February 28, 2020 11:47 PM
**To:** Manny Santana
**Cc:** Accounting
**Subject:** OJ Commerce Remittance - Jamesdar
**Attachments:** Vendor Remittance.xlsx

Dear Jamesdar,

Please find a remittance attached;

Remittance amount: $93.00

Method:
Dial 954-519-2555 Extension 52617 PIN 6852

The file attached contains a summary tab along with several detail tabs for clarity.

Thank you,

OJ Commerce
accounting@ojcommerce.com

# Vendor Remittance - 2/28/202

| | |
|---|---|
| Total Invoices | 100.00 |
| Allowance | (7.00) |
| Deductions | 0.00 |
| Previously Paid | 0.00 |
| Current Remittance | 93.00 |
| **Payments to Apply** | **93.00** |

| Payment Date | Payment Method |
|---|---|
| | |

# 0 - Jamesdar

| Total | Applied | Unapplied |
|---|---|---|
| | | |

| PO # | Date | Invoiced | Allowance | Deductions |
|---|---|---|---|---|
| **9942268760** | 01/24/2020 | 100.00 | (7.00) | 0.00 |
| | | **100.00** | **(7.00)** | **0.00** |

| Previously Paid | Remittance |
|---|---|
| 0.00 | **93.00** |
| **0.00** | **93.00** |

| Invoice Number | Remittance |
|---|---|
| EST 4226876 | 93.00 |
| | **93.00** |

| PO # | Invoice # | Date | Invoiced | Allowance |
|---|---|---|---|---|
| **9942268760** | EST 4226876 | 01/24/2020 | 100.00 | (7.00) |
| | | | **100.00** | **(7.00)** |

| Previously Paid | Remittance |
|---|---|
| 0.00 | **93.00** |
| **0.00** | **93.00** |

| PO # | Total Deductions | Previously Paid | Deduction Reversals | Remittance |
|---|---|---|---|---|
| **Total** | | | | |

| PO # | Invoice # | MPN | Qty Ordered | Qty | Unit Cost |
|---|---|---|---|---|---|
| **Total** | | | | | |

| Deduction Reason | Additional Details | Deduction |
|---|---|---|
| | | |

| previous remittance | Reversals | Remittance |
|---|---|---|
| | | |