**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 3:05 PM
**To:** Jennifer Donnellan
**Cc:** Manny Santana; info@ojcommerce.com; nmendoza@ojcommerce.com; Pam Galvan
**Subject:** Re: URGENT: James Dar, LLC Late Payments

Hi Jennifer,

Manny and I spoke earlier today and he has been provided with payment information for the past due balance. Please confirm the inventory feed has been reinstated and the order hold is released.

Stay safe and be well.

Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555 x 257

Ticket: https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad8087436980a6435f4222af1cee4dfd6f07f363118d7

On Tue, Jun 30 at 1:44 PM , Jennifer Donnellan <jennifer.d@jamesdar.com> wrote:

Manny- can you please give Doreal a call at the number below? Would probably be better if you could walk through with her to make sure all is setup correctly.
Thanks!

jamesdar
**Jen Donnellan**
Senior Account Manager
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 847-875-5545 | W jamesdar.com | jamesdarllc

Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

---

From: Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 12:36 PM
**To:** Jennifer Donnellan <jennifer.d@jamesdar.com>
**Cc:** info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Manny Santana <accounting@jamesdar.com>; Pam Galvan <pam.g@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments
Hi Jen,

I just left you a voicemail concerning this matter. Our accounting manager confirmed that none of the remittance statements sent since Feb/2020 have been charged. All notices are being sent to accounting@jamesdar.com. Is that correct? should there be an alternate contact address on file?

Please give me a call back at your earliest convenience.

Thank you,

Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555 x 257

Ticket:
https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad8087436980a6435f4222af1cee4dfd6f07f363118d7

On Tue, Jun 30 at 12:55 PM , Jennifer Donnellan <jennifer.d@jamesdar.com> wrote:

OJ Commerce Team

It appears your account is past due on payments. Can you please confirm the payment method, and that we are setup properly to receive timely payments? We will need to zero out inventory and hold orders until we can be assured that we are all caught up. Please confirm today.

Thank you!

jamesdar

**Jen Donnellan**
Senior Account Manager

JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 847-875-5545 | W jamesdar.com | jamesdarllc

Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential
and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have
received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

---

**From:** info@ojcommerce.com <info@ojcommerce.com>
**Sent:** Monday, June 29, 2020 8:07 AM
**To:** Jennifer Donnellan <jennifer.d@jamesdar.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>
**Subject:** OJC Pending Ticket(s) - Action Required

ojcommerce

Dear Jamesdar,
There are several orders awaiting your update. Please help us resolve the issues promptly (within 24 Hours.)
Here is a summary of the orders grouped by type of action required:
Cancellation - Request vendor for status - 1 orders
You can use the following URL to review a summary of all outstanding tickets
https://portal.ojcommerce.com/support/outstanding_tickets?ref=bE5eq2n%2fiNw%3d&to=o48RWv8qfWYCbKSiIZQByV0MeZkCTgNC3MNI1olLp8TL422fni%2fh3HkfDZgQ%2fjM4
Please select the link to view all orders, the interface allows you to filter all open items by type of response needed.
Best regards,
OJ Commerce Loyalty team

**OJCommerce | 3076 N Commerce Pkwy, Miramar, FL 33025 | 954-519-2555**

Copyright © 2020 - All Rights Reserved - [OJTM 94 ]