**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Wednesday, July 1, 2020 6:56 PM
**To:** Manny Santana
**Cc:** accounting@ojcommerces.com; info@ojcommerces.com; nmendoza@ojcommerces.com
**Subject:** RE: URGENT: James Dar, LLC Late Payments

Hi Manny,

The banking information for Jamesdar has been updated and the next payment will be remitted via ACH.
Thanks and be well.

Doreal Wilkinson
Sr. Buyer
OJ Commerce
On July 1, 2020 2:05 PM Manny Santana <accounting@jamesdar.com> wrote:
Good Morning
Please see bank information below as requested. If you need anything further please feel free to contact me directly. Thank you
Wells Fargo Bank:
James Dar, LLC
Rt # 122000247
Acct # [redacted]8702
Best Regards,
**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Wednesday, July 1, 2020 11:02 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** accounting@ojcommerces.com; info@ojcommerces.com; nmendoza@ojcommerces.com
**Subject:** URGENT: James Dar, LLC Late Payments
Hi Manny,

Unfortunately, the form didn't come through because our server was down. Can you just provide the routing and account information here so I can set it up manually.

Thanks,

Doreal Wilkinson
Sr. Buyer
OJ Commerce
**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 4:04 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** accounting@ojcommerce.com <accounting@ojcommerce.com>; info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Pam Galvan <pam.g@jamesdar.com>; Jennifer Donnellan <jennifer.d@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments
Hi Manny,
Your vendor ID is **1184**.

Doreal Wilkinson
Sr. Buyer
OJ Commerce
On Tue, Jun 30 at 4:36 PM , Manny Santana <accounting@jamesdar.com> wrote:
Hello
Can you please provide our vendor number? Thank You
Best Regards,
From: Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 1:30 PM
**To:** Jennifer Donnellan <jennifer.d@jamesdar.com>
**Cc:** accounting@ojcommerce.com; Manny Santana <accounting@jamesdar.com>; info@ojcommerce.com; nmendoza@ojcommerce.com; Pam Galvan <pam.g@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments
Hi Jen,

Currently, our ACH form isn't importing data, so please send us your banking info. To ensure confidentially, provide details to accounting@ojcommerce.com and reply back once submitted. I'll then confirm the information has been updated in our system.

ACH Google Link:
https://docs.google.com/forms/d/e/1FAIpQLSdUDwRLo6eBE5pbTbc43nZ8inM01FhcF3VE_KeYdiKGbyw55Q/viewform?c=0&w=1

Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555

Ticket: https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad8087436980a6435f4222af1cee4dfd6f07f363118d7
On Tue, Jun 30 at 3:49 PM , Jennifer Donnellan <jennifer.d@jamesdar.com> wrote:
Hi Doreal!
Now that we are all caught up - would it be possible to move to EFT or ACH going forward vs. credit card?
Please let me know what would be needed to make that change; would be much more simple for our team, and then we wouldn't have credit card fees.
Thanks so much!

Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system Thank you

From: Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 2:05 PM
**To:** Jennifer Donnellan <jennifer.d@jamesdar.com>
**Cc:** Manny Santana <accounting@jamesdar.com>; info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Pam Galvan <pam.g@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments
Hi Jennifer,

Manny and I spoke earlier today and he has been provided with payment information for the past due balance. Please confirm the inventory feed has been reinstated and the order hold is released.

Stay safe and be well.
Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555 x 257

Ticket: https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad8087436980a6435f4222af1cee4dfd6f07f363118d7