**Shloimy Hecht**

**From:** Simon Hecht
**Sent:** Wednesday, July 1, 2020 2:17 PM
**To:** Vendors Support
**Subject:** RE: URGENT: James Dar, LLC Late Payments

Updated

---

**From:** Doreal Wilkinson
**Sent:** Wednesday, July 1, 2020 2:12 PM
**To:** Simon Hecht
**Subject:** Fwd: URGENT: James Dar, LLC Late Payments

Doreal Wilkinson
Buyer
OJ Commerce

> On Wed, Jul 1 at 1:41 PM , Manny Santana wrote:
> As requested please find below our updated Ach account information
>
> BB&T
> JAMES DAR,LLC
> ACCOUNT NUMBER: 5154402340
> ROUTING NUMBER: [redacted]3308
> BANK ADDRESS: 919 FREDERICK RD, CATONSVILLE, MD 21228
>
> Please advise and also let me know if this payment will be going out today.
> Awaiting your response
>
> Best Regards,
>
> > On Wed, Jul 1, 2020 at 7:24 PM Doreal Wilkinson <vendors@ojcommerce.com> wrote:
> >
> > Hi Manny,
> >
> > Unfortunately, the form didn't come through. Can you just provide the routing and account information.
> >
> > Thanks,
> >
> > Doreal Wilkinson
> > Sr. Buyer
> > OJ Commerce
> > 954-519-2555
> >
> > Ticket:
> > https://ojcommerce.freshdesk.com/public/tickets/d92b9ea87313d0876b600f29f6b52fe93ba05b088e5f27463182c419e33fc549
> >
> > > On Wed, Jul 1 at 11:55 AM , Manny Santana <accounting@jamesdars.com> wrote:

Our account information was just updated so please confirm if I can still update it with the Google doc link you sent me yesterday.

Please advise
Awaiting your response

Best Regards,

---

**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 4:04 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** accounting@ojcommerce.com <accounting@ojcommerce.com>; info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Pam Galvan <pam.g@jamesdar.com>; Jennifer Donnellan <jennifer.d@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments

Hi Manny,

Your vendor ID is **1184**.

Doreal Wilkinson
Sr. Buyer
OJ Commerce

> On Tue, Jun 30 at 4:36 PM , Manny Santana <accounting@jamesdar.com> wrote:
> Hello
> Can you please provide our vendor number? Thank You
>
> Best Regards,