**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Wednesday, September 16, 2020 10:42 AM
**To:** Manny Santana
**Subject:** OJCommerce - Past Due Balance Jamesdar

Good Morning
Our accounting team will be sending you this report once they're bank in office hopefully later today. So sorry for the inconvenience .
Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana
**Sent:** Tuesday, September 15, 2020 10:45 AM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar
Good Morning
My concern is why are we not receiving ACH deposits into our account. We do receive the remittance emails but no deposits follow. I received an email this morning before I received your containing another remittance. Can you please send a report of what OJ Commerce has paid out to us, so we can see where the deposits are? Thank You
Best Regards,

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, September 15, 2020 5:35 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** OJCommerce - Past Due Balance Jamesdar
Hi Manny,
Thank you for taking my call.
Your conservation earlier today with our controller Simon was cut short, but I believe you were looking for details concerning the latest ACH payments and funds being deposited. Please reply and confirm exactly what information is needed to ensure OJ properly (and PROMPTLY) reconciles this matter.
Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any

disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.