**From:** Simon Hecht
**Sent:** Wednesday, September 16, 2020 2:32 PM
**To:** 'Manny Santana'
**Cc:** Doreal Wilkinson
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar
**Attachments:** Book12.xlsx

See details attached, the ACH payments went to Routing # 055003308, Account # [redacted] 2340.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Wednesday, September 16, 2020 12:38 PM
**To:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Cc:** Simon Hecht <simon@ojcommerce.com>
**Subject:** Re: OJCommerce - Past Due Balance Jamesdar

Good Afternoon

We do receive the remittance emails . I received an email this yesterday morning before I received your containing another remittance. Can you please send a report of what OJ Commerce has paid out to us, so we can see where the deposits are?
Thank You

Best Regards,

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Monday, September 14, 2020 4:34 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Simon Hecht <simon@ojcommerce.com>
**Subject:** OJCommerce - Past Due Balance Jamesdar

Hi Manny,

Thank you for taking my call.

Your conservation earlier today with our controller Simon was cut short, but I believe you were looking for details concerning the latest ACH payments and funds being deposited. Please reply and confirm exactly what information is needed to ensure OJ properly (and PROMPTLY) reconciles this matter.

Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-519-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

| date | comment | remittance | payment | balance |
|---|---|---|---|---|
| 02/28/2020 | Remittance | 93.00 | | 93.00 |
| 03/09/2020 | Remittance | 333.70 | | 426.70 |
| 03/16/2020 | Remittance | 148.80 | | 575.50 |
| 03/24/2020 | Remittance | 241.80 | | 817.30 |
| 04/01/2020 | Remittance | 690.80 | | 1,508.10 |
| 04/09/2020 | Remittance | 237.15 | | 1,745.25 |
| 04/17/2020 | Remittance | 2,046.73 | | 3,791.98 |
| 04/23/2020 | Remittance | 2,959.72 | | 6,751.70 |
| 05/02/2020 | Remittance | 2,914.13 | | 9,665.83 |
| 05/09/2020 | Remittance | 693.67 | | 10,359.50 |
| 05/14/2020 | Remittance | 1,854.53 | | 12,214.03 |
| 05/21/2020 | Remittance | 600.67 | | 12,814.70 |
| 06/01/2020 | Remittance | 1,181.63 | | 13,996.33 |
| 06/05/2020 | Remittance | 2,346.85 | | 16,343.18 |
| 06/12/2020 | Remittance | 2,346.85 | | 18,690.03 |
| 07/01/2020 | Visa | | 18,690.00 | 0.03 |
| 07/02/2020 | ACH | | 212.29 | -212.26 |
| 07/03/2020 | Remittance | 212.26 | | 0.00 |
| 07/10/2020 | Remittance | 2,513.59 | | 2,513.59 |
| 07/10/2020 | ACH | | 2,513.59 | 0.00 |
| 07/17/2020 | Remittance | 1,920.15 | | 1,920.15 |
| 07/17/2020 | ACH | | 1,920.15 | 0.00 |
| 07/24/2020 | ACH | | 4,033.96 | -4,033.96 |
| 07/27/2020 | Remittance | 4,033.96 | | 0.00 |
| 07/31/2020 | Remittance | 568.94 | | 568.94 |
| 07/31/2020 | ACH | | 568.94 | 0.00 |
| 08/10/2020 | Remittance | 426.70 | | 426.70 |
| 08/10/2020 | ACH | | 426.70 | 0.00 |
| 08/18/2020 | Remittance | 50.33 | | 50.33 |
| 08/18/2020 | ACH | | 50.33 | 0.00 |
| 08/24/2020 | Remittance | 2,644.45 | | 2,644.45 |
| 08/24/2020 | ACH | | 2,644.45 | 0.00 |
| 08/31/2020 | Remittance | 7,179.94 | | 7,179.94 |
| 08/31/2020 | ACH | | 7,179.94 | 0.00 |
| 09/08/2020 | Remittance | 499.89 | | 499.89 |
| 09/08/2020 | ACH | | 499.89 | 0.00 |
| 09/14/2020 | Remittance | 418.17 | | 418.17 |

| Remittance Date / PO | Remittance Amount |
| --- | --- |
| 02/28/2020 | 93.00 |
| 03/09/2020 | 333.70 |
| 03/16/2020 | 148.80 |
| 03/24/2020 | 241.80 |
| 04/01/2020 | 690.80 |
| 04/09/2020 | 237.15 |
| 04/17/2020 | 2,046.73 |
| 04/23/2020 | 2,959.72 |
| 05/02/2020 | 2,914.13 |
| 05/09/2020 | 693.67 |
| 05/14/2020 | 1,854.53 |
| 05/21/2020 | 600.67 |
| 06/01/2020 | 1,181.63 |
| 06/05/2020 | 2,346.85 |
| 06/12/2020 | 2,346.85 |
| 07/03/2020 | 212.26 |
| 07/10/2020 | 2,513.59 |
| 07/17/2020 | 1,920.15 |
| 07/27/2020 | 4,033.96 |
| 07/31/2020 | 568.94 |
| 08/10/2020 | 426.70 |
| 08/18/2020 | 50.33 |
| 08/24/2020 | 2,644.45 |
| 08/31/2020 | 7,179.94 |
| 09/08/2020 | 499.89 |
| 09/14/2020 | 418.17 |
| Remittance Total | 39,158.41 |

| | |
| --- | --- |
| Payments | 39,158.41 |

| payment_date | account | payment_amount |
|---|---|---|
| 07/01/2020 | Visa | 18,690.00 |
| 07/02/2020 | ACH | 212.29 |
| 07/10/2020 | ACH | 2,513.59 |
| 07/17/2020 | ACH | 1,920.15 |
| 07/24/2020 | ACH | 4,033.96 |
| 07/31/2020 | ACH | 568.94 |
| 08/10/2020 | ACH | 426.70 |
| 08/18/2020 | ACH | 50.33 |
| 08/24/2020 | ACH | 2,644.45 |
| 08/31/2020 | ACH | 7,179.94 |
| 09/08/2020 | ACH | 499.89 |
| 09/14/2020 | ACH | 418.17 |
| **Total** | | **39,158.41** |