**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, September 22, 2020 10:34 AM
**To:** Manny Santana
**Subject:** OJCommerce - Past Due Balance Jamesdar
**Attachments:** Vendor Settlement.xlsx

See details attached, the ACH payments went to Routing # 122000247, Account #[redacted]8702.
Wells Fargo Bank
Please check if we are making any mistake from your account number.
Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Monday, September 21, 2020 10:05 AM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Subject:** Re: OJCommerce - Past Due Balance Jamesdar

Good Morning
Can you please confirm our banking information you have on file? Thank you
Get Outlook for iOS

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Monday, September 21, 2020 5:58:44 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar

Good Morning
Have reached out to our bank to find out the reason for that, hopefully i will get a response from them ASAP .
Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana
**Sent:** Friday, September 18, 2020 5:29 PM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar

Good Afternoon

Thank You for the report but we are unable to locate the deposited funds on our end. Please advise. Thank You
Best Regards,



jamesdar
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Friday, September 18, 2020 2:03 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar
See details attached

---

**From:** Manny Santana
**Sent:** Thursday, September 17, 2020 11:25 AM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar
Good Morning
Just wanted to follow up with you, I did not receive any updates yesterday. I would like to resolve this as quickly as possible. I have my boss in my ear. Thank you
Best Regards,



jamesdar
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Wednesday, September 16, 2020 7:42 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** OJCommerce - Past Due Balance Jamesdar
Good Morning
Our accounting team will be sending you this report once they're bank in office hopefully later today. So sorry for the inconvenience .
Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana
**Sent:** Tuesday, September 15, 2020 10:45 AM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Subject:** RE: OJCommerce - Past Due Balance Jamesdar
Good Morning
My concern is why are we not receiving ACH deposits into our account. We do receive the remittance emails but no deposits follow. I received an email this morning before I received your containing another remittance. Can you please send a report of what OJ Commerce has paid out to us, so we can see where the deposits are? Thank You
Best Regards,

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, September 15, 2020 5:35 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** OJCommerce - Past Due Balance Jamesdar

Hi Manny,

Thank you for taking my call.

Your conservation earlier today with our controller Simon was cut short, but I believe you were looking for details concerning the latest ACH payments and funds being deposited. Please reply and confirm exactly what information is needed to ensure OJ properly (and PROMPTLY) reconciles this matter.

Regards,

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-599-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

# Jamesdar Settlement @

| PO | PO Date | MPN | QTY | Unit Cost | Promo Details |
|---|---|---|---|---|---|
| 9948234000 | 08/15/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948245510 | 08/15/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948253170 | 08/16/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948258980 | 08/16/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948275240 | 08/16/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948308540 | 08/18/2020 | AMZJCDES777 | 1 | 149.88 | - |
| 9948322560 | 08/19/2020 | AMZJBCHA953-2BKBK | 1 | 129.41 | - |
| 9948329030 | 08/19/2020 | AMZJCDES777 | 1 | 149.88 | - |
| 9948337080 | 08/19/2020 | AMZJCDES777 | 1 | 149.88 | - |
| 9948366290 | 08/21/2020 | AMZJCDES777 | 1 | 149.88 | - |
| 9948386230 | 08/22/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948390390 | 08/24/2020 | AMZJSTL237-2WH | 1 | 164.71 | - |
| 9948390850 | 08/22/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948398100 | 08/22/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948404920 | 08/22/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948411110 | 08/23/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948413760 | 08/23/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948416680 | 08/23/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948420560 | 08/23/2020 | AMZJCDES777 | 1 | 149.88 | - |
| 9948421710 | 08/23/2020 | AMZJCDES111 | 1 | 229.41 | - |
| 9948427430 | 08/24/2020 | AMZJCDES111 | 1 | 229.41 | - |
| **Totals** | | | | | |

| PO Merchandise | PO Allowance | PO Dropship | Ship Account | PO Freight | Invoice Number |
|---|---|---|---|---|---|
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4823400 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4824551 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4825317 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4825898 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4827524 |
| 149.88 | (10.49) | 0.00 | OJ | 0.00 | EST 4830854 |
| 129.41 | (9.06) | 0.00 | OJ | 0.00 | EST 4832256 |
| 149.88 | (10.49) | 0.00 | OJ | 0.00 | EST 4832903 |
| 149.88 | (10.49) | 0.00 | OJ | 0.00 | EST 4833708 |
| 149.88 | (10.49) | 0.00 | OJ | 0.00 | EST 4836629 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4838623 |
| 164.71 | (11.53) | 0.00 | OJ | 0.00 | EST 4839039 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4839085 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4839810 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4840492 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4841111 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4841376 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4841668 |
| 149.88 | (10.49) | 0.00 | OJ | 0.00 | EST 4842056 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4842171 |
| 229.41 | (16.06) | 0.00 | OJ | 0.00 | EST 4842743 |
| **4,255.26** | **(297.88)** | **0.00** | | **0.00** | |

| Invoice Date | Total Invoice | Merchandise | Freight | Tax | Dropship |
|---|---|---|---|---|---|
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/20/2020 | 149.88 | 149.88 | 0.00 | 0.00 | 0.00 |
| 08/20/2020 | 129.41 | 129.41 | 0.00 | 0.00 | 0.00 |
| 08/20/2020 | 149.88 | 149.88 | 0.00 | 0.00 | 0.00 |
| 08/20/2020 | 149.88 | 149.88 | 0.00 | 0.00 | 0.00 |
| 08/21/2020 | 149.88 | 149.88 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/25/2020 | 164.71 | 164.71 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/25/2020 | 149.88 | 149.88 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| 08/24/2020 | 229.41 | 229.41 | 0.00 | 0.00 | 0.00 |
| | **4,255.26** | **4,255.26** | **0.00** | **0.00** | **0.00** |

| Allowance | Restocking Fee and Others | Total Approved | Allowance Deduction | Deduction | Deduction Reason |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 139.39 | (10.49) | 0.00 | |
| 0.00 | 0.00 | 120.35 | (9.06) | 0.00 | |
| 0.00 | 0.00 | 139.39 | (10.49) | 0.00 | |
| 0.00 | 0.00 | 139.39 | (10.49) | 0.00 | |
| 0.00 | 0.00 | (10.49) | (10.49) | (149.88) | OVERBILLED |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 153.18 | (11.53) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 139.39 | (10.49) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| 0.00 | 0.00 | 213.35 | (16.06) | 0.00 | |
| **0.00** | **0.00** | **3,807.50** | **(297.88)** | **(149.88)** | |

| Ticket Details | Deduction Details | Prior Settlement | Prior Settlement Details | Settlement |
|---|---|---|---|---|
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 139.39 |
| | | 0.00 | | 120.35 |
| | | 0.00 | | 139.39 |
| | | 0.00 | | 139.39 |
| | MDSE: -149.88 | 0.00 | | (10.49) |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 153.18 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 139.39 |
| | | 0.00 | | 213.35 |
| | | 0.00 | | 213.35 |
| | | **0** | | **3,807.50** |