**From:** Simon Hecht
**Sent:** Wednesday, September 23, 2020 11:49 AM
**To:** 'Manny Santana'; Doreal Wilkinson
**Subject:** RE: URGENT: James Dar, LLC Late Payments

Updated

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Wednesday, September 23, 2020 8:03 AM
**To:** Doreal Wilkinson <dwilkinson@ojcommerce.com>; Simon Hecht <simon@ojcommerce.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments

Please update our record with our bellow payment info

Wells Fargo Bank:

James Dar, LLC

Rt # 122000247

Acct # [redacted] 8702

Best Regards,

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, September 22, 2020 11:02 AM
**To:** Manny Santana <accounting@jamesdar.com>; Simon Hecht <simon@ojcommerce.com>
**Subject:** RE: URGENT: James Dar, LLC Late Payments

Hi Manny,

I'm confirming with our accounting department if the Wells Fargo banking information was updated in our system for Jamesdar – and whether payments were returned. As soon as I hear back I'll let you know.

Thanks,

**Doreal Wilkinson**

download

*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-519-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Tuesday, September 22, 2020 11:54 AM
**To:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** FW: URGENT: James Dar, LLC Late Payments

Good Morning
Please see original email that was sent to you on 07/01/2020 with our banking information for ACH payments. The account information you emailed me earlier was incorrect. Please revise accordingly and can you please provide time frame we can expect payment on all the past dues and how much we should be looking forward to. Thank You

Wells Fargo Bank:

James Dar, LLC
Rt # 122000247
Acct # 2280198702

Best Regards,

---

**From:** Manny Santana
**Sent:** Wednesday, July 1, 2020 11:05 AM
**To:** vendors@ojcommerces.com
**Cc:** accounting@ojcommerces.com; info@ojcommerces.com; nmendoza@ojcommerces.com
**Subject:** RE: URGENT: James Dar, LLC Late Payments

Good Morning
Please see bank information below as requested. If you need anything further please feel free to contact me directly. Thank you

Wells Fargo Bank:

James Dar, LLC
Rt # 122000247
Acct # 2280198702

Best Regards,

**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Wednesday, July 1, 2020 11:02 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** accounting@ojcommerces.com; info@ojcommerces.com; nmendoza@ojcommerces.com
**Subject:** URGENT: James Dar, LLC Late Payments

Hi Manny,

Unfortunately, the form didn't come through because our server was down. Can you just provide the routing and account information here so I can set it up manually.

Thanks,

Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 4:04 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** accounting@ojcommerce.com <accounting@ojcommerce.com>; info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Pam Galvan <pam.g@jamesdar.com>; Jennifer Donnellan <jennifer.d@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments

Hi Manny,
Your vendor ID is **1184**.

Doreal Wilkinson
Sr. Buyer
OJ Commerce

> On Tue, Jun 30 at 4:36 PM , Manny Santana <accounting@jamesdar.com> wrote:
> Hello
> Can you please provide our vendor number? Thank You
>
> Best Regards,

> From: Doreal Wilkinson <vendors@ojcommerce.com>
> **Sent:** Tuesday, June 30, 2020 1:30 PM
> **To:** Jennifer Donnellan <jennifer.d@jamesdar.com>
> **Cc:** accounting@ojcommerce.com; Manny Santana <accounting@jamesdar.com>; info@ojcommerce.com; nmendoza@ojcommerce.com; Pam Galvan <pam.g@jamesdar.com>
> **Subject:** Re: URGENT: James Dar, LLC Late Payments
>
> Hi Jen,

Currently, our ACH form isn't importing data, so please send us your banking info. To ensure confidentially, provide details to accounting@ojcommerce.com and reply back once submitted. I'll then confirm the information has been updated in our system.

ACH Google Link:
https://docs.google.com/forms/d/e/1FAIpQLSdUDwRLo6eBE5pbTbc43nZ8inM01FhcF3VE_KeYdiKGbyw55Q/viewform?c=0&w=1

Thanks,

Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555

Ticket:
https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad8087436980a6435f4222af1cee4dfd6f07f363118d7

On Tue, Jun 30 at 3:49 PM , Jennifer Donnellan <jennifer.d@jamesdar.com> wrote:

Hi Doreal!

Now that we are all caught up - would it be possible to move to EFT or ACH going forward vs. credit card?
Please let me know what would be needed to make that change; would be much more simple for our team, and then we wouldn't have credit card fees.
Thanks so much!

Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential
and/or privileged If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful If you have
received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system Thank you

---

From: Doreal Wilkinson <vendors@ojcommerce.com>
**Sent:** Tuesday, June 30, 2020 2:05 PM
**To:** Jennifer Donnellan <jennifer.d@jamesdar.com>
**Cc:** Manny Santana <accounting@jamesdar.com>; info@ojcommerce.com <info@ojcommerce.com>; nmendoza@ojcommerce.com <nmendoza@ojcommerce.com>; Pam Galvan <pam.g@jamesdar.com>
**Subject:** Re: URGENT: James Dar, LLC Late Payments

Hi Jennifer,

Manny and I spoke earlier today and he has been provided with payment information for the past due balance. Please confirm the inventory feed has been reinstated and the order hold is released.

Stay safe and be well.

Doreal Wilkinson
Sr. Buyer
OJ Commerce
954-519-2555 x 257

Ticket:
https://ojcommerce.freshdesk.com/public/tickets/48def88f0bd006e447aad80874
36980a6435f4222af1cee4dfd6f07f363118d7