## Shloimy Hecht

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Monday, October 12, 2020 1:36 PM
**To:** Simon Hecht
**Cc:** Doreal Wilkinson
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please update our record with our bellow payment info and process our payment.
Chase Bank Bank:
James Dar, LLC
Rt # 044000037
Acct # [redacted] 2621
Best Regards,
Manny

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Monday, October 12, 2020 11:39 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar
Please provide valid banking info.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Saturday, October 10, 2020 12:38 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar
Please acknowledge receipt of my bellow email.
Best Regards,

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Friday, October 9, 2020 7:01 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** dwilkinson@ojcommerce.com <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar
Good Evening Simon
Thanks for the update. Please update our record with our bellow payment info before processing any further payment.
So sorry for the inconvenience.
Best Regards,

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Friday, October 9, 2020 4:17 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar
The ACH of 3807.50 was returned back, please advise.

**From:** DoNotReply <DoNotReply@ojcommerce.com>
**Sent:** Saturday, September 19, 2020 10:51 AM
**To:** accounting@jamesdar.com
**Cc:** Accounting <accounting@ojcommerce.com>
**Subject:** OJ Commerce Settlement - Jamesdar

Dear Jamesdar,

Please find a settlement file attached.

Settment amount $3807.50

Method: ACH

Thank you,

OJCOMMERCE