**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Tuesday, October 27, 2020 5:34 PM
**To:** Simon Hecht
**Cc:** Doreal Wilkinson
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Good Afternoon
Can we please get payment status, OJ Commerce has fallen behind on payments and I would like to resolve before there is a hold put on your account. Thank you

Best Regards,

jamesdar 
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Wednesday, October 14, 2020 10:39 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Yes

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Wednesday, October 14, 2020 1:30 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Thank you, Simon,
Please let me know if this Total Remittance balance: $4433.10 was remitted to the updated account as per my instruction.

Best Regards,

jamesdar 
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Wednesday, October 14, 2020 12:12 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Updated

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Wednesday, October 14, 2020 12:17 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please confirm you updated that payment info before processing the payment as per my instruction.

Best Regards,

jamesdar 
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Monday, October 12, 2020 11:39 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Please provide valid banking info.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Saturday, October 10, 2020 12:38 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please acknowledge receipt of my bellow email.

Best Regards,

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Friday, October 9, 2020 7:01 PM
**To:** Simon Hecht <simon@ojcommerce.com>

**Cc:** dwilkinson@ojcommerce.com <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Good Evening Simon

Thanks for the update. Please update our record with our bellow payment info before processing any further payment.

So sorry for the inconvenience.

Best Regards,

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Friday, October 9, 2020 4:17 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

The ACH of 3807.50 was returned back, please advise.

---

**From:** DoNotReply <DoNotReply@ojcommerce.com>
**Sent:** Saturday, September 19, 2020 10:51 AM
**To:** accounting@jamesdar.com
**Cc:** Accounting <accounting@ojcommerce.com>
**Subject:** OJ Commerce Settlement - Jamesdar

Dear Jamesdar,

Please find a settlement file attached.

Settment amount $3807.50

Method: ACH

Thank you,

OJCOMMERCE