**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Thursday, November 19, 2020 10:59 AM
**To:** Manny Santana
**Cc:** simon@ojcommerces.com
**Subject:** OJ Commerce - Jamesdar Payments

Hi Manny,

We are in contact with our bank to have this issues fixed Asap, Please find a settlement file attached for the payment sent out today.

Settlement amount $927.87

Method: ACH

Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Manny Santana
**Sent:** Tuesday, November 17, 2020 12:21 PM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Cc:** Simon Hecht <simon@ojcommerce.com>
**Subject:** OJ Commerce - Jamesdar Payments
Good Morning
I noticed I have been emailed remittance report of two recent payments but we have yet to receive them, can we please look into what the issue is? Also can we get payment status for the past due as well, we want to avoid any holds on your account. Please advise at your earliest convenience. Thank You
Best Regards,

jamesdar



**Manny Santana**
Accounting

JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, November 10, 2020 4:58 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** OJ Commerce Deduction Review - Jamesdar
Dear Jamesdar,

Please find a settlement file attached.

Settlement amount $5928.43

Method: ACH

Thank you,

OJCOMMERCE