**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Thursday, December 3, 2020 9:06 AM
**To:** Manny Santana
**Cc:** simon@ojcommerces.com; Jennifer Donnellan
**Subject:** RE: OJ Commerce - Jamesdar Payments

Hi Manny,
A wire transfer was sent to you this morning to cover all our outstanding bills, Please let me know as soon you receive it so as to keep our account can remain active .
So sorry for the inconveniences.
Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Manny Santana
**Sent:** Wednesday, December 2, 2020 9:41 AM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Cc:** simon@ojcommerces.com <simon@ojcommerces.com>; Jen Donnellan <jendonnellan11@gmail.com>
**Subject:** RE: OJ Commerce - Jamesdar Payments
Good Morning Doreal
Thank you for such a rapid response, I am not at liberty to allow you until tomorrow to send out payment since the account is so far behind, credit card payment for the past due will suffice today along with the processing fee. Orders have been placed on hold until the account is brought current. If you have any questions ore need anything further please feel free to contact me directly. Thank You
Best Regards,

jamesdar 
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Wednesday, December 2, 2020 4:04 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** simon@ojcommerces.com
**Subject:** RE: OJ Commerce - Jamesdar Payments
Hi Manny,

I understand your frustration on this, Our ACH payment normally goes out automatically once is been set up but lately our payment keep bouncing back. Kindly bear with us till Friday while we send you a Check by mail today to cover this outstanding bills.
Please send me the address the check will be mailed to if that is okay with you.
So sorry for the inconveniences.
Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Manny Santana
**Sent:** Tuesday, December 1, 2020 9:53 PM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Cc:** simon@ojcommerces.com <simon@ojcommerces.com>
**Subject:** RE: OJ Commerce - Jamesdar Payments
Good Evening
We have yet to receive any payments from Oj Commerce and your account is seriously delinquent, we need to figure out a solution and get paid for the past due no later than tomorrow or my upper management will put a hold on your account. Please see below for outstanding amounts and payments received. If you have any questions please feel free to call me directly.
Thank You
OUTSTANDING:

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| OJ Commerce | 917.64 | 19,620.67 | 12,265.41 | 14,796.12 | 24,597.20 | 72,197.04 |

Payments Received ACH:

| | | |
|---|---|---|
| 10/09/20 | OJCOMMERCE AP OJ Commerce Jamesdar | $2,978.37 |
| 09/30/20 | OJCOMMERCE AP OJ Commerce Jamesdar | $8,382.15 |

Best Regards,

jamesdar 
Manny Santana
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, November 24, 2020 4:40 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** simon@ojcommerces.com
**Subject:** RE: OJ Commerce - Jamesdar Payments
Hi Manny,

Everything is sorted out now, you should be getting all payments from now on.
Please find a settlement file attached.

Settlement amount $1780.54

Method: ACH
Thanks for your patience.

Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Manny Santana
**Sent:** Monday, November 23, 2020 4:30 PM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Cc:** simon@ojcommerces.com <simon@ojcommerces.com>
**Subject:** RE: OJ Commerce - Jamesdar Payments
Good Afternoon
Just wanted to follow up and see if the issue with the ACH deposits has been corrected and also wanting to check to see when the next payment will be sent out, Oj Commerce is behind and we would like to help you catch up before any holds are put onto your account. Thank You
Best Regards,

jamesdar 
**Manny Santana**
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Thursday, November 19, 2020 7:59 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** simon@ojcommerces.com
**Subject:** OJ Commerce - Jamesdar Payments
Hi Manny,

We are in contact with our bank to have this issues fixed Asap, Please find a settlement file attached for the payment sent out today.

Settlement amount $927.87

Method: ACH

Thanks,
Doreal Wilkinson
Sr. Buyer
OJ Commerce

---

**From:** Manny Santana
**Sent:** Tuesday, November 17, 2020 12:21 PM
**To:** dwlikinson@ojcommerce.com <dwlikinson@ojcommerce.com>
**Cc:** Simon Hecht <simon@ojcommerce.com>
**Subject:** OJ Commerce - Jamesdar Payments
Good Morning
I noticed I have been emailed remittance report of two recent payments but we have yet to receive them, can we please look into what the issue is? Also can we get payment status for the past due as well, we want to avoid any holds on your account. Please advise at your earliest convenience. Thank You
Best Regards,

jamesdar 
**Manny Santana**
Accounting
JAMES DAR, LLC 9461 Charleville Blvd., #595, Beverly Hills, CA 90212
T 310-525-3200 | W jamesdar.com | jamesdarllc

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Tuesday, November 10, 2020 4:58 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** OJ Commerce Deduction Review - Jamesdar
Dear Jamesdar,

Please find a settlement file attached.

Settlement amount $5928.43

Method: ACH

Thank you,

OJCOMMERCE