**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Thursday, December 3, 2020 2:17 PM
**To:** Manny Santana
**Subject:** RE: OJ Commerce Settlement - Jamesdar

See below

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-519-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Monday, October 12, 2020 1:36 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please update our record with our bellow payment info and process our payment.

Chase Bank Bank:

James Dar, LLC

Rt # 044000037
Acct #[redacted]2621

Best Regards,

Manny

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Monday, October 12, 2020 11:39 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Please provide valid banking info.

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Saturday, October 10, 2020 12:38 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please acknowledge receipt of my bellow email.

Best Regards,

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Friday, October 9, 2020 7 01 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** dwilkinson@ojcommerce.com <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Good Evening Simon

Thanks for the update. Please update our record with our bellow payment info before processing any further payment.

So sorry for the inconvenience.

Best Regards,

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Friday, October 9, 2020 4:17 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

The ACH of 3807.50 was returned back, please advise.

**From:** DoNotReply <DoNotReply@ojcommerce.com>
**Sent:** Saturday, September 19, 2020 10:51 AM
**To:** accounting@jamesdar.com
**Cc:** Accounting <accounting@ojcommerce.com>
**Subject:** OJ Commerce Settlement - Jamesdar

Dear Jamesdar,

Please find a settlement file attached.

Settment amount $3807.50

Method: ACH

Thank you,

OJCOMMERCE