**From:** Doreal Wilkinson
**Sent:** Thursday, December 3, 2020 5:13 PM
**To:** 'Manny Santana'; Mark Gardner
**Cc:** Simon Hecht
**Subject:** FW: OJ Commerce Settlement - Jamesdar

Hi Manny,

Our IT manager pulled the IP data below that shows this update to Chase banking info email also came from Jamesdar.

ojcommerce
**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-519-2555 x 257
www ojcommerce com
dwilkinson@ojcommerce com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Sent:** Thursday, December 3, 2020 4 51 PM
**To:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** FW: OJ Commerce Settlement - Jamesdar

This one is from
Authentication-Results: spf=pass (sender IP is 40.107.220.58)

--HEADERS—

Received: from ojc-mail.ojc.intra (192.168.0.250) by ojc-mail.ojc.intra
(192.168.0.250) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id 15.1.1913.5 via Mailbox
Transport; Mon, 12 Oct 2020 13:35:44 -0400
Received: from ojc-mail.ojc.intra (192.168.0.250) by OJC-MAIL.ojc.intra
(192.168.0.250) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id 15.1.1913.5; Mon, 12
Oct 2020 13:35:44 -0400
Received: from NAM12-BN8-obe.outbound.protection.outlook.com (104.47.55.175)
by ojc-mail.ojc.intra (192.168.0.250) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1913.5 via Frontend Transport; Mon, 12 Oct 2020 13:35:44 -0400
ARC-Seal: i=2; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=pass;
b=dWbAD8nMsWSFkuRLa3vBW1D8XIqBiDRRbL+QAjo+LzpGDmtza6c+CEnXVee0TTNQ8yDs8wPq303aJC7lWE/A+KfOA+U9n02CZ2xW9RGcnmKCQlYAC0Np1GZYXRq6Nt62S3Ynd+mWSYH7n7KVDqxMRRiS2Mx+b3hDiO7qVUWCH4tx/kl9t52qWlQU3uWO3
bR4d+tVqx/yJ5NDXF7hDP5q5ImmLBp3dTfuXrDwGrQXq7n0DylBAGY65wZSrZVXOYRsfVNkADkLIhKjX8cttWhMFIx08ZojctLLCFy2X0cRLy0KKT4EETiLLR0uUsg0iQSXmSTMfTXS7Sjjm4CrRl2xWA==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector9901;
h=From Date:Subject:Message-ID:Content-Type MIME-Version:X-MS-Exchange-SenderADCheck;
bh=/N/ZdvRBbw17sBxQjjdIPQk4f3pehFmbAc9G9Cn8eXE=;
b=O1bH4LxPKPd754in2NwgwxzKX2RK6Px4pGiloy2y8z6zmTzQRXlO7RZ4LkiC8ghQs894d7BrLCUnBsU6aps0z7ssfHK6kd1dnVTvjlqjNc17faU8DzauKZnTp3sXqXRsjR30LB0Wb9CSXdzj0oOb/xO0WpJrGa04sdGC3vn6Ymo9HZswrqXHCwzaLhQdaX6biYtG2jnfxP
VF80HJo8ZUvZgcn+i3+C+HMagA9CajCVoNaeIJMMFSJpNRebELtAw9yOzlWQYEZ0V0TMFLqva9/rR06OqtA195imBEM2AB98clDXcgqYX42pyIrrAihtr6gZnjavSJJorS+nik2UWgUg==
ARC-Authentication-Results: i=2; mx.microsoft.com 1; spf=pass (sender ip is
40.107.220.58) smtp.rcpttodomain=ojcommerce.com smtp.mailfrom=jamesdar.com;
dmarc=bestguesspass action=none header.from=jamesdar.com; dkim=pass
(signature was verified) header.d=netorgft1592321.onmicrosoft.com; arc=pass
(0 oda=1 ltdi=1 spf=[1,1,smtp.mailfrom=jamesdar.com]
dkim=[1,1,header.d=jamesdar.com] dmarc=[1,1,header.from=jamesdar.com])
Received: from MWHPR14CA0054.namprd14.prod.outlook.com (2603:10b6:300 81::16)
by BYAPR08MB4982.namprd08.prod.outlook.com (2603:10b6 a03:6a::27) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3455.27; Mon, 12 Oct
2020 17:35:40 +0000
Received: from CO1NAM11FT037.eop-nam11.prod.protection.outlook.com
(2603:10b6:300:81:cafe::c4) by MWHPR14CA0054.outlook.office365.com
(2603:10b6:300:81::16) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3412.20 via Frontend
Transport; Mon, 12 Oct 2020 17:35:40 +0000
Authentication-Results: spf=pass (sender IP is 40.107.220.58)
smtp.mailfrom=jamesdar.com; ojcommerce.com; dkim=pass (signature was
verified) header.d=NETORGFT1592321.onmicrosoft.com;ojcommerce.com;
dmarc=bestguesspass action=none header.from=jamesdar.com;compauth=pass
reason=109
Received-SPF: Pass (OJC-MAIL.ojc.intra: domain of accounting@jamesdar.com
designates 104.47.55.175 as permitted sender) receiver=OJC-MAIL.ojc.intra;
client-ip=104.47.55.175; helo=NAM12-BN8-obe.outbound.protection.outlook.com;
Received-SPF: Pass (protection.outlook.com: domain of jamesdar.com designates
40.107.220.58 as permitted sender) receiver=protection.outlook.com;
client-ip=40.107.220.58; helo=NAM11-CO1-obe.outbound.protection.outlook.com;
Received: from NAM11-CO1-obe.outbound.protection.outlook.com (40.107.220.58)
by CO1NAM11FT037.mail.protection.outlook.com (10.13.174.91) with Microsoft
SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.3455.23 via Frontend Transport; Mon, 12 Oct 2020 17:35:40 +0000
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;
b=UOFxQjsTGM/kYon5konWBLlvtcgHfXBkmDVWvqjjbV4QJKkCFsyoDaIsVX/pTFuUOU+Z6uB715f1KA/7yow00JjLXiRp8EeaSYKCcIvmss2rAyMcZu6QNFR4CuJxnWoubDbprg8CroWbhnJ+KYVeYcyDJhtrIoMBjut/sWtpFVmDbJvwiWfhmbOlz/LLPxscM1+Qy8
YhhdJDTt2ExuQyNcXBJqHwZOI2Uk2Io3ZuV8iWs0a/Uu1XSiZe7rB/UEoGpRX/drAdMFWPapUPbEGQb5au6M3JCa7+9wnUSKtTxmC3B+JMNng2t2kCuSjGJSD3PbjBSDfwRyB79BVe8LgWeA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector9901;
h=From Date:Subject:Message-ID:Content-Type MIME-Version:X-MS-Exchange-SenderADCheck;
bh=/N/ZdvRBbw17sBxQjjdIPQk4f3pehFmbAc9G9Cn8eXE=;
b=hyzAc1hC3g2pXIGJtiqxoucCAMsPdjdzGKoKL0LsUzwDC0W2k+EbbrW5Q/zrWQOAYkN8I36i1aiLKKh3Un3gq/ByyqZE7z1vau7Bc5yL9D9mY1WaDIQfkghRccpzaYM3vwf0zmWVboD0Mjxja4NLGy/p/clHSvhTbcI8PE8dIFCbUWETO1or1ErawnDM3dg1lPe4fCY
EIrbABcmyrWtF159CLLvY7ag87wc5Hh4Uq7WgekDw8ST5WEsORum8kWKPnJik0ucZ8TUXvlg/HcnLfLCKYM9wZMMAsQzXO6FkqIzZlKVLeaUcqb9frMPwxRqLXZcdFCzQnnnhqEPCLqnqdw==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
smtp.mailfrom=jamesdar.com; dmarc=pass action=none header.from=jamesdar.com;
dkim=pass header.d=jamesdar.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=NETORGFT1592321.onmicrosoft.com;
s=selector2-NETORGFT1592321-onmicrosoft-com;
h=From Date:Subject:Message-ID:Content-Type MIME-Version:X-MS-Exchange-SenderADCheck;
bh=/N/ZdvRBbw17sBxQjjdIPQk4f3pehFmbAc9G9Cn8eXE=;
b=CqFwV9/KVjMWKueZYA+PaKywui477mWbFKyvTTLmtjVzDVAhGjXT0vDz/0ZpxBiKsg3o4D6UcGLAXiJMyY1q6NjJFjutlxHJgILlydSGI6OWJcmQpie+FcCaJdkZa5Df7I+F4NPyKR0s+VHRQpfzq0N/7eXDimKqn3FYyeq3MvQ=
Received: from BYAPR16MB2983.namprd16.prod.outlook.com (2603:10b6 a03:f0::18)
by BYAPR16MB2485.namprd16.prod.outlook.com (2603:10b6 a03:8a::27) with

Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3455.26; Mon, 12 Oct
2020 17:35:38 +0000
Received: from BYAPR16MB2983.namprd16.prod.outlook.com
([fe80::f880:85d2:17a6 aa49]) by BYAPR16MB2983.namprd16.prod.outlook.com
([fe80::f880 85d2:17a6 aa49%4]) with mapi id 15.20.3455.030; Mon, 12 Oct 2020
17:35:37 +0000
From: Manny Santana <accounting@jamesdar.com>
To: Simon Hecht <simon@ojcommerce.com>
CC: Doreal Wilkinson <dwilkinson@ojcommerce.com>
Subject: Re: OJ Commerce Settlement - Jamesdar
Thread-Topic: OJ Commerce Settlement - Jamesdar
Thread-Index: AQHWnph6XCcNmrOL7E+Tm0+xi6PG1qmRCcIxgAMlhnCAAA6OGg==
Date: Mon, 12 Oct 2020 17:35:37 +0000
Message-ID: <BYAPR16MB298356D9F2C6B2562771673CB3070@BYAPR16MB2983.namprd16.prod.outlook.com>
References: <BYAPR16MB298308D78511F530DD2C5FDCB3090@BYAPR16MB2983.namprd16.prod.outlook.com>
<BYAPR16MB298354D38C9C9000D720811EB3090@BYAPR16MB2983.namprd16.prod.outlook.com>,<c78a8881a1734d4f87b9794cf4cf56ec@ojcommerce.com>
In-Reply-To: <c78a8881a1734d4f87b9794cf4cf56ec@ojcommerce.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Authentication-Results-Original: ojcommerce.com; dkim=none (message not
signed) header.d=none;ojcommerce.com; dmarc=none action=none
header.from=jamesdar.com;
x-originating-ip: [104.37.31.159]
x-ms-publictraffictype: Email
X-MS-Office365-Filtering-Correlation-Id: 0c6d770c-1066-4d20-cd96-08d86ed53d01
x-ms-traffictypediagnostic: BYAPR16MB2485:|BYAPR08MB4982:
x-microsoft-antispam-prvs: <BYAPR16MB2485DA268E76D08A4415DFC9B3070@BYAPR16MB2485.namprd16.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM 6430;OLM 6430;
x-ms-exchange-senderadcheck: 1
X-Microsoft-Antispam-Untrusted: BCL 0;
X-Microsoft-Antispam-Message-Info-Original:
hYmopLS9Mp6TqnVyqWQqp1/pUz/vMPM767qy4YsH3r77h7jgmT+i9Ip6fkh1G3xMs8jny/C/yOF/FfhNu8zLrl9+CwzcxeuoxGEFm9PXc/bDx/A+7hnpn+6xkyJmTm8hkZDROVh89ldT1QOfu9KsZoHNQYryaYRQzo7arSrw3OwAi31avnfDGKEyC+aVBZVBYT0YMId
ZsXNmwSKKtbHOfZJGEhTXRgP4gSBp9RLy60UhfohgteqgOywURTpGTuAksZPdrZVYAcNKX1FgxGnqCegf8T4oBpmLyKYQFXgUgYvKExhs9hkuGvefvO0WmBs7G60uOoIn0fI4BI+Wpa8xrA==
X-Forefront-Antispam-Report-Untrusted: CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV NLI;SFV:NSPM;H:BYAPR16MB2983.namprd16.prod.outlook.com;PTR:;CAT:NONE;SFS:(396003)(346002)(39830400003)(376002)(136003)(366004)(33656002)
(76116006)(66946007)(186003)(66446008)(316002)(52536014)(66556008)(66476007)(5660300002)(66616009)(64756008)(2906002)(86362001)(478600001)(26005)(6916009)(450100002)(55016002)(4326008)(19627405001)(83380400001)(8676002)(8936002)
(71200400001)(19627235002)(99936003)(7696005)(6506007)(53546011)(9686003);DIR:OUT;SFP:1101;
X-MS-Exchange-AntiSpam-MessageData-Original:
XDyRSoi0yH2GwBLD8DcwSQmI3EDPlSb/9GmQ5QT6czxAAF427KucDfclIL4TcbCb5BtPTY6BmoqcC/P3oinZ0+3F32i7NMGmcDtRgaxY+Nnhk7pvxBka0aYyMnK75TmYjo5p/uO1fgF3VffeYbbgeqMHvegEGsKGn49mioPIPwFI6lQj57hHTDcHatkKb9P6dh6MJpT5
nMQeY0NPiH84unks98zH1B2JM2iSSfVFGDdpCEuCuOSyXsgMQcX3HKiNvqUfpU/TTmEnrFsk6QnvmObTAkPppxsbLmMVe5xRTRMfA+2mViZP8Z2K/qTxir4YJ9ng9oumVxxvOlmen+w2DWF9kGidWXe+roxQqVtmDO4LLu8uT7w6rkWJkL5G8xaG5t9fnOBpur
R1TSYlZJ1u3s8bPi0n+51JDb7oxgXhb6a1rnVOvpsoh1+k7k6s0mWb5A6E1iETfy3DhElB1sLnChYlFeC0SKBhvHht6eVVaZW/w4sM36tCq41ZOuOVCn3M1T1zDi9Nqbzw3P5CpnfFrIkYF+2HNP1XZozfJZUcxoSe91bxjVOT/Zp2vyETSZAONRMyMmbl6M/9WCtJ+Ns
ZuLrnx0OaTAMii/nRYFMXa5HRoxjcTQDDfA4WAh1Ke8eoSWk5/yI1JF+9x5llbMILgA==
x-ms-exchange-transport-forked: True
Content-Type: multipart/related;
boundary="_004_BYAPR16MB298356D9F2C6B2562771673CB3070BYAPR16MB2983namp_";
type="multipart/alternative"
MIME-Version: 1.0
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BYAPR16MB2485
Return-Path: accounting@jamesdar.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: e0d70398-250f-4446-9877-66a9ff8be888:0
X-MS-Exchange-Transport-CrossTenantHeadersStripped: CO1NAM11FT037.eop-nam11.prod.protection.outlook.com
X-MS-Exchange-Transport-CrossTenantHeadersPromoted: CO1NAM11FT037.eop-nam11.prod.protection.outlook.com
X-MS-Office365-Filtering-Correlation-Id-Prvs: 5c96fc01-accc-4ed9-406c-08d86ed53b95
X-Microsoft-Antispam: BCL 0;
X-Microsoft-Antispam-Message-Info: =?us-ascii?Q?loVG5WStvigX0vsEu8unOYH+Wjr9c2bDnnmUjGgsmacoO3P9e6ZO+F703tIM?=
=?us-ascii?Q?IfTkB7Nzmr5wLcEXbD8yaq8ArZzJFRox4bAF/fnznZFIe5ABKPUFcDlCwP/9?=
=?us-ascii?Q?1L31l9zDXvFbRrNuYHieh+n3HZCLXiAIsNqoOkJV/iz2QlhJ05jt8tiRZ+Vc?=
=?us-ascii?Q?D+8w3PNAed54RhbW0Q1zdSUIjy1Ii7UuGi9ad6PqGasTYBKAyYbRiBzoYYhU?=
=?us-ascii?Q?lLmtsjWIHQIuoVFa+/Yg0XRylyluljbmzwsVdkiQL8InytXmsf2nQyDqGnj+?=
=?us-ascii?Q?ovKWXpBSG3IpDFzrKiRfs3viUdYiovoXiZl5HJYrndR9dfOfto7idRcDYEkq?=
=?us-ascii?Q?oOlwcyPnOFiQa0gNdAjs7mHhzsdlA/OpPU/tJ9ksvAEknQ+rWaINbNBILz90?=
=?us-ascii?Q?cXs1PZW4ccGyXY45Lp3zK0svHqpghQT1yWelrwGigfxgDPyq5334w2IN8OvN?=
=?us-ascii?Q?Omb0cwbZ2NkjrdImS/Qplr9W0evSxRR4IV1rRsKoOw5ofyN5v2zx/nbsjPx2?=
=?us-ascii?Q?dziZ9FiQdPjGJ6Tk2DLOrilRIIR2aEJIHRghJxgdryGoCZMUP/mrLIVQ/tj/?=
=?us-ascii?Q?IPCocDhXKvW83KDCynejT9BOPyvwsDVjMVhmJRJy5A4w0zjbEG54Ew9Z2kdw?=
=?us-ascii?Q?zFUbrrfGyBu7KjbQZDL+KqP0Tylz14UNgGY59fgfCNqFp7A+B1Tl+mrmbpr/?=
=?us-ascii?Q?I7/5NPzgw322kFTGgIGMQGU4/oFLVH2IBejCEbWrSsA/ADCkzA7kMxrRGyAR?=
=?us-ascii?Q?ZOyTNOM0odT5b0JtnVw6YaLLigZpGszYxuqrMuYUQKtZY72c+tBHUfsc0978?=
=?us-ascii?Q?MAUbY5nAXbk1VMJ053juwhlLQ8fpVev2ZfnBijkJjIRdjrz1AsNllPMG0B4V?=
=?us-ascii?Q?tzKS56h7PrBwNNGDd3S3mk8bPIS3dJOlQ+lo5w2XUmhKSYF2u+LkHFAAuZV1?=
=?us-ascii?Q?kC5SFYswdIlxnpuaALO0zmu5jJCS66fEWX4TqQ9aRUg6tKB9Z++goNSyRqEx?=
=?us-ascii?Q?TztV3urqj4WZATM4ZpxHSmu7lzRxtElWOs7gj54cFSdXSqQaYHUIm9ItQbz0?=
=?us-ascii?Q?u8Zci/ERDiiITNuzy0e63Q/zzGi0mWzD0I1XsIqhi6ABEoB1FbCpPHHF1HIJ?=
=?us-ascii?Q?c8TP/PEYPy/zrOQNX9CfPp/elj6B6rMxmqrOiApJMLrCMXmmxugcbby54i7c?=
=?us-ascii?Q?4V0K87WyJfY0l0hD?=
X-Forefront-Antispam-Report: CIP:40.107.220.58;CTRY:US;LANG:en;SCL:1;SRV:;IPV NLI;SFV:NSPM;H NAM11-CO1-obe.outbound.protection.outlook.com;PTR:mail-co1nam11on2058.outbound.protection.outlook.com;CAT NONE;SFS:(336012)
(55016002)(83380400001)(6916009)(7696005)(19627405001)(53546011)(8676002)(6506007)(86362001)(356005)(52536014)(1096003)(8636004)(5660300002)(83310400002)(450100002)(4326008)(83290400002)(33656002)(19627235002)(36906005)(26005)
(83280400002)(9686003)(83300400002)(7636003)(83320400002);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 12 Oct 2020 17:35:40.2063
(UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 0c6d770c-1066-4d20-cd96-08d86ed53d01
X-MS-Exchange-CrossTenant-Id: e0d70398-250f-4446-9877-66a9ff8be888
X-MS-Exchange-CrossTenant-AuthSource: CO1NAM11FT037.eop-nam11.prod.protection.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BYAPR08MB4982
X-OrganizationHeadersPreserved: BYAPR08MB4982.namprd08.prod.outlook.com
X-MS-Exchange-Organization-Network-Message-Id: 119b62fc-ffc7-4927-dd1d-08d86ed53f52
X-CrossPremisesHeadersFiltered: OJC-MAIL.ojc.intra
X-MS-Exchange-Organization-PRD: jamesdar.com
X-MS-Exchange-Organization-SenderIdResult: Pass
X-MS-Exchange-Organization-AVStamp-Enterprise: 1.0
X-MS-Exchange-Organization-AuthSource: OJC-MAIL.ojc.intra
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Exchange-Transport-EndToEndLatency: 00:00:00.6250292
X-MS-Exchange-Processed-By-BccFoldering: 15.01.1913.009
X-Antivirus: avast! (VPS 201012-0, 10/12/2020), Inbound message
X-Antivirus-Status: Clean

ojcommerce

**Doreal Wilkinson**
*Sr.Buyer*
3076 N Commerce Pkwy
Miramar, FL 33025
Phone: 1-954-519-2555 x 257
www.ojcommerce.com
dwilkinson@ojcommerce.com

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual purpose. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. If you have received this transmission in error, please delete it. Thank you.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Monday, October 12, 2020 1:36 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please update our record with our bellow payment info and process our payment.

Chase Bank Bank:

James Dar, LLC

Rt # 044000037
Acct #[redacted]22621

Best Regards,

Manny

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Monday, October 12, 2020 11:39 AM
**To:** Manny Santana <accounting@jamesdar.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

Please provide valid banking info.

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Saturday, October 10, 2020 12:38 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** Doreal Wilkinson <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Please acknowledge receipt of my bellow email.

Best Regards,

---

**From:** Manny Santana <accounting@jamesdar.com>
**Sent:** Friday, October 9, 2020 7 01 PM
**To:** Simon Hecht <simon@ojcommerce.com>
**Cc:** dwilkinson@ojcommerce.com <dwilkinson@ojcommerce.com>
**Subject:** Re: OJ Commerce Settlement - Jamesdar

Good Evening Simon

Thanks for the update. Please update our record with our bellow payment info before processing any further payment.

So sorry for the inconvenience.

Best Regards,

---

**From:** Simon Hecht <simon@ojcommerce.com>
**Sent:** Friday, October 9, 2020 4:17 PM
**To:** Manny Santana <accounting@jamesdar.com>
**Subject:** RE: OJ Commerce Settlement - Jamesdar

The ACH of 3807.50 was returned back, please advise.

---

**From:** DoNotReply <DoNotReply@ojcommerce.com>
**Sent:** Saturday, September 19, 2020 10:51 AM
**To:** accounting@jamesdar.com
**Cc:** Accounting <accounting@ojcommerce.com>
**Subject:** OJ Commerce Settlement - Jamesdar

Dear Jamesdar,

Please find a settlement file attached.

Settment amount $3807.50

Method: ACH

Thank you,

OJCOMMERCE