UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61901-CIV-SMITH/VALLE

James Dar, LLC,

Plaintiff,

v.

OJCommerce.com, Inc. and OJCommerce, LLC,

Defendants.

and

OJCommerce.com, Inc. and OJCommerce, LLC,

Third Party Plaintiffs,

v.

BB&T Corporation, Sophie G. Knowles,
JP Morgan Chase Bank, N.A. and
Lori A. Sengstock,

Third Party Defendants.

_______________________________________/

**DECLARATION OF JOSEPH HOVSEPIAN**

Joseph Hovsepian deposes and states:

1. I am an individual over the age of 18 and I make this Declaration based upon personal knowledge of the facts stated herein.

2. I am the Chief Executive Officer of Reflex IT Management, Inc. ("Reflex IT").

3. I founded Reflex IT in 1991 and have since owned and operated the company.

4. I have worked in the technology industry since 1985, serving a vast array of companies.

5. My staff and I set up, monitor and maintain technology systems for businesses.

6. Because of our extensive experience and the large number of clients we serve, I have extensive experience in technology fraud, including but not limited to, phishing and spoofing.

7. Reflex IT and I have been working for James Dar, LLC ("JamesDar") since early 2016.

8. Reflex IT has set up JamesDar's technology network infrastructure and systems and have been monitoring the environment, evaluating and updating the system, as necessary.

9. In early 2021, I communicated with Manny Santana ("Santana") with regard to the email system. Based upon my review of the emails on JamesDar's system, I was able to conclude that there was no breach or compromise of JamesDar's infrastructure environment in 2020 and through February 10, 2021.

10. JamesDar's systems are protected by an enterprise grade firewall strong passphrase encryption, security software tools, and web enterprise security software.

11. All systems were maintained and patched and monitored 24/7 for failures and/or breaches.

12. Upon a review of the company logs for the systems, I was able to determine that there was no breach of JamesDar's email systems.

13. It appears that the emails provided by Defendant OJCommerce, LLC ("OJC") that allegedly came from JamesDar is the result of a phishing email, which made it look like it came from someone at JamesDar.

14. The October 12, 2020 email (Ex. 15)[1] with the Chase Bank information was not sent by Santana.

15. The information provided by Doreal Wilkinson ("Wilkinson") regarding the email (Ex. 21) does not establish that it came from JamesDar.

---

16. The email authentication and sender IP address of 40.107.220.58, as indicated in the Wilkinson email, is not an IP address associated with JamesDar.

17. The email forwarded by Wilkinson demonstrates that the Chase information did not originate at JamesDar.

18. A review of Santana's emails demonstrated that Santana did not send the October 12, 2020 email with the Chase information.

**I DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT I HAVE READ THE FOREGOING AND THE FACTS STATED THEREIN ARE TRUE AND CORRECT.**

Dated this 14th day of September, 2022

Joseph Hovsepian
Joseph Hovsepian