UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61901-CIV-SMITH

JAMES DAR, LLC,

    Plaintiff,

vs.

OJ COMMERCE.COM, INC. and OJCOMMERCE, LLC,

    Defendants/Third Party Plaintiffs,

vs.

BB&T CORPORATION, *et al.,*

    Third Party Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Third Party Defendant Truist Bank's Notice of Pending Settlement as to Third Party Complaint [DE 241], indicating that this matter has been settled as to all third-party claims. It is hereby

**ORDERED** that:

1. Truist Bank, named as BB&T Corporation, and Third-Party Plaintiffs shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 17, 2023.** Failure to do so may result in final dismissal of the Third-Party Complaint without further notice.

2. Third-Party Defendant Truist Bank's Motion to Dismiss Defendants OJ Commerce, LLC and OJCommerce.com, Inc.'s Second Amended Third-Party Complaint [DE

225] is **DENIED as moot.**

      3.    Third-Party Defendant Truist Bank's Motion for Separate Trial on Third-Party Claim [DE 240] is **DENIED as moot.**

DONE and ORDERED in Fort Lauderdale, Florida, this 17th day of January, 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record